UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 23-Cr-490 (SHS) |
| ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, and FRED DAIBES, | ORDER |
| Defendants. | |

SIDNEY H. STEIN, U.S. District Judge.

Pursuant to paragraph two of the "REVISED SECURITY PROCEDURES ESTABLISHED PURSUANT TO PUB. L. 96-456, 94 STAT. 2025, BY THE CHIEF JUSTICE OF THE UNITED STATES FOR THE PROTECTION OF CLASSIFIED INFORMATION," and upon the recommendation of the Department of Justice Security Officer, the Court designates Supervisory Security Specialist Harry J. Rucker as the Classified Information Security Officer and Security Specialists Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, and Winfield S. Slade as alternate Classified Information Security Officers in the above-captioned case. The Department of Justice Security Officer has certified in writing that each of the above-mentioned individuals is cleared for the level and category of classified information that will be involved in this litigation.

IT IS HEREBY ORDERED that Harry J. Rucker will serve as the Classified Information Security Officer in the above-captioned case and that Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, and Winfield S. Slade will serve as alternate Classified Information Security Officers in the same.

Dated: New York, New York
   October 3, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.