# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America
       Plaintiff,

 -against-         1:23-cr-00490-SHS

Robert Menendez, et al.      **AFFIDAVIT IN SUPPORT OF**
               **MOTION FOR ADMISSION**
               **PRO HAC VICE**
       Defendant.

  I, Paola Pinto, submit this affidavit in support of my motion for admission pro hac vice in the above captioned matter.

  1.  I am an attorney with the law firm of Schertler Onorato Mead & Sears in Washington, DC.

  2.  I am a member in good standing of the bars of the District of Columbia and the State of Florida.

  3.  I have never been convicted of a felony.

  4.  I have not been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/3/2023

Paola Pinto, Esq.
Schertler Onorato Mead & Sears
555 13th Street, NW, Suite 500 West
Washington, DC 20004
202-628-4199, Facsimile: 202-628-4177
ppinto@schertlerlaw.com

Sworn to and subscribed before me this 4th day of October, 2023

Notary Public

PENNY FRYE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires December 14, 2023