

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 9, 2024

<u>**BY ECF**</u>

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

   Re: ***United States v. Robert Menendez et al.,***
     **S2 23 Cr. 470 (SHS)**

Dear Judge Stein:

  The Government respectfully writes in the above-captioned matter to notify the Court and counsel for the defendants that the undersigned today submitted, via the Classified Information Security Officer, a classified, *ex parte* submission to the Court pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d).

Hon. Sidney H. Stein
United States District Judge
February 9, 2024
Page 2

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ Eli J. Mark
      Eli J. Mark
      Daniel C. Richenthal
      Paul M. Monteleoni
      Assistant United States Attorneys
      (212) 637-2431/2109/2219

      MATTHEW G. OLSON
      Assistant Attorney General
      National Security Division

By:   s/ Christina A. Clark
      Christina A. Clark
      Trial Attorney
      (202) 307-5191

cc:   (by ECF)

      Counsel of Record