UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, and FRED DAIBES,

Defendants.

23-Cr-490 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that:

1. The Court will conduct an *in camera, ex parte* hearing pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") with defendants on Thursday, April 4, 2024, at 2:30 p.m. in Courtroom 23A.

2. April 10, 2024, is the last date for defendants to notify the Government and the Court in writing pursuant to Section 5 of CIPA if they reasonably expect to disclose classified information in connection with the trial of this action. Any such notification shall include a brief description of the classified information and shall be filed under seal. *See* CIPA § 5.

3. April 19, 2024, is the last date for the Government to request the Court to conduct an *in camera* hearing concerning the use, relevance, or admissibility of that classified information pursuant to Section 6(a) of CIPA.

4. If the Government makes a request pursuant to Section 6(a) of CIPA, that *in camera* hearing shall take place on Tuesday, April 23, 2024, at 2:30 p.m.

Dated: New York, New York
April 1, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.