UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, and FRED DAIBES,<br><br>　　　　　　　　Defendants. | Case No. 1:23-cr-490 (SHS) |

**MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL OF RECORD TO DEFENDANT NADINE MENENDEZ**

Pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4 for the United States District Courts for the Southern and Eastern Districts of New York, the undersigned, David Schertler, Danny C. Onorato, Mark MacDougall and Paola Pinto, with the written consent of Defendant Nadine Menendez respectfully move the Court for leave to withdraw as counsel of record for Ms. Menendez. The circumstances associated with the withdrawal of undersigned counsel for Ms. Menendez are set forth in the accompanying Sealed Declaration of undersigned counsel.

Dated: April 5, 2024                                    Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　David Schertler, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Danny Onorato, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Mark MacDougall, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Paola Pinto, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Schertler Onorato Mead & Sears
　　　　　　　　　　　　　　　　　　　　　　　　　555 13th Street, NW, Suite 500 West
　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20004
　　　　　　　　　　　　　　　　　　　　　　　　　Tel.: 202-628-4199
　　　　　　　　　　　　　　　　　　　　　　　　　Fax:  202-628-4177

dschertler@schertlerlaw.com
donorato@schertlerlaw.com
mmacdougall@schertlerlaw.com
ppinto@schertlerlaw.com
*Counsel for Defendant Nadine Menendez*

2