UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | (S4) 23-Cr-490 (SHS) |
| -v- | : | |
| ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, and FRED DAIBES, | : | ORDER |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference on April 11 at 11:00 a.m. in Courtroom 23A for the Court to render its decisions on the pending motions.

Dated: New York, New York
      April 9, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.