

U.S. Department of Justice

United States Attorney
Southern District of New York

---

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

May 19, 2024

**By ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Robert Menendez, et al.,*
     S4 23 Cr. 490 (SHS)

Dear Judge Stein:

  The Government respectfully writes in the above-captioned matter, with the consent of all defendants, to request an extension of the time for the Government to file a reply in support of its motion *in limine* concerning a particular confidential source (Dkt. 402) from today to ~~this~~ noon on Wednesday, May 22, 2024. The Government does not anticipate that the pertinent witness (who is not a confidential source) with respect to this motion will testify this week.

**Request granted.**

**Dated: New York, New York\
   May 20, 2024**

**SO ORDERED:**

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: s/ Daniel C. Richenthal
   Eli J. Mark
   Daniel C. Richenthal
   Paul M. Monteleoni
   Lara Pomerantz
   Catherine E. Ghosh
   Assistant United States Attorneys
   (212) 637-2431/2109/2219/2343/1114
   Christina A. Clark
   Special Assistant United States Attorney
   (202) 307-5191

cc: (by ECF)

   Counsel of Record