# Schertler Onorato Mead & Sears

May 30, 2024

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

      Re: *United States v. Robert Menendez et al.*, Case No. 1:23-cr-00490-SHS

Dear Judge Stein:

      We represent Nadine Menendez in the above captioned matter.  On April 5, 2024, we filed a motion to withdraw as counsel for Nadine Menendez (ECF No. 286). On April 11, the Court ordered Ms. Menendez to obtain new counsel.  On May 29, 2024, Ms. Menendez' new counsel, Barry Coburn, entered an appearance in the case.  We therefore respectfully request that the Court grant our motion to withdraw as counsel for Ms. Menendez.

      Respectfully submitted,

      /s/David Schertler
      David Schertler
      Danny Onorato
      Mark MacDougall
      Paola Pinto
      *Counsel for Nadine Menendez*

Attorneys at Law | 555 13th Street, NW
Suite 500 West
Washington, DC 20004
202.628.4199
202.628.4177 Fax
www.schertlerlaw.com