UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
|   |   |
|---|---|
| UNITED STATES OF AMERICA | : (S4) 23-Cr-490 (SHS) |
|   | : |
| -v- | : NOTICE OF |
|   | : DEFENDANT NADINE |
|   | : MENENDEZ'S CONSENT |
| ROBERT MENENDEZ, NADINE MENENDEZ, | : MOTION TO CONTINUE |
| WALE HANA, AND FRED DAIBES, | : STATUS HEARING |
|   | : |
| Defendants. | : |
|   | : |

-------------------------------------------------------------x

Notice is hereby given that Defendant Nadine Menendez, through counsel, respectfully moves to continue her next status hearing, set for June 10, 2024.  The government consents to this motion.  Grounds are set forth in the accompanying memorandum in support of this motion, which is based on the Court's general supervisory authority over these proceedings.

        Respectfully submitted,

        /s/ Barry Coburn
        _____
        Barry Coburn, NYS Bar No. 5221338
        Coburn & Greenbaum PLLC
        1710 Rhode Island Avenue, N.W.
        Second Floor
        Washington, DC  20036
        Tel:  202-643-9472
        Fax:  1-866-561-9712
        barry@coburngreenbaum.com

<u>Certificate of Service</u>

I hereby certify that on June 2, 2024, this motion will be served on all counsel of record via this Court's electronic filing system.

        /s/ Barry Coburn
        _____