UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
|  |  :  | (S4) 23-Cr-490 (SHS) |
| UNITED STATES OF AMERICA | : |  |
|  | : | MEMORANDUM SUPPORTING |
| -v- | : | DEFENDANT NADINE |
|  | : | MENENDEZ'S CONSENT |
| ROBERT MENENDEZ, NADINE MENENDEZ, | : | MOTION TO CONTINUE |
| WALE HANA, AND FRED DAIBES, | : | STATUS HEARING |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

------------------------------------------------------------x

Defendant Nadine Menendez, through counsel, respectfully submits this memorandum in support of her Consent Motion To Continue Status Hearing.

By Endorsed Memorandum dated May 8, 2024 (ECF No. 383), this Court set June 10, 2024, for a status conference concerning Ms. Menendez' engagement of new counsel. Undersigned counsel has entered an appearance for Ms. Menendez. However, undersigned counsel is responsible for attending a status hearing in another criminal case, United States v. Christopher Maurer, Case No. 1:23-cr-00145-JEB, in the United States District Court for the District of Columbia, that previously was set for 9:30am on the same date, June 10, 2024. Accordingly, it is respectfully requested that this Court adjourn the hearing in the instant case to a different date. The government kindly consents to this motion. We note further that, in light of Ms. Menendez' medical condition, we may make a request to waive her appearance at the next

hearing, but we will defer making that request until the Court sets a new date and we have a clearer sense of her medical condition at that time.

    Respectfully submitted,

    /s/ Barry Coburn

    _____
    Barry Coburn, NYS Bar No. 5221338
    Coburn & Greenbaum PLLC
    1710 Rhode Island Avenue, N.W.
    Second Floor
    Washington, DC  20036
    Tel:  202-643-9472
    Fax:  1-866-561-9712
    barry@coburngreenbaum.com

### Certificate of Service

    I hereby certify that on June 2, 2024, this memorandum will be served on all counsel of record via this Court's electronic filing system.

    /s/ Barry Coburn

    _____