UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                    :     (S4) 23-Cr-490 (SHS)

UNITED STATES OF AMERICA       :

                                      :     NOTICE OF

        -v-                      :     DEFENDANT NADINE

                                      :     MENENDEZ'S CONSENT

ROBERT MENENDEZ, NADINE MENENDEZ,     :     MOTION TO WAIVE

WALE HANA, AND FRED DAIBES,         :     APPEARANCE AT HEARING

                                      :

             Defendants.             :

                                      :
-----------------------------------------------------------------x

       Notice is hereby given that Defendant Nadine Menendez, through counsel, respectfully moves to waive her appearance at her next status hearing, set for June 12, 2024.  The government consents to this motion.  Grounds are set forth in the accompanying memorandum in support of this motion, which is based on the Court's general supervisory authority over these proceedings.

                               Respectfully submitted,

                               /s/ Barry Coburn

                               _____

                               Barry Coburn, NYS Bar No. 5221338

                               Coburn & Greenbaum PLLC

                               1710 Rhode Island Avenue, N.W.

                               Second Floor

                               Washington, DC  20036

                               Tel:  202-643-9472

                               Fax:  1-866-561-9712

                               barry@coburngreenbaum.com

<u>Certificate of Service</u>

       I hereby certify that on June 5, 2024, this motion will be served on all counsel of record via this Court's electronic filing system.

                               /s/ Barry Coburn

                               _____