UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | |
| NADINE MENENDEZ, | : | <u>ORDER</u> |
| | : | |
| Defendants. | | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Defendant having filed a notice of consent motion to waive her appearance at the June 12, 2024, status conference [Doc. No. 443],

    IT IS HEREBY ORDERED that the motion is granted, and defendant may waive her appearance at the June 12 conference.

Dated: New York, New York
       June 5, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.