UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | |
| NADINE MENENDEZ, | : | <u>ORDER</u> |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that:

      1.     The Court will hold a pretrial conference in this matter on December 9, 2024, at 10:00 a.m. in Courtroom 23A;

      2.     With the consent of the parties, the time is excluded from today until December 9, 2024. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reasons set forth in the government's letter dated August 16, 2024;

      3.     Although the Court is not setting a firm trial date at this point, the parties are directed to keep their trial calendars clear for January and February 2025 in order to accommodate a trial of this action at that time; and

      4.     Defendant is directed to file a status report from her treating physician under seal on or before November 22, 2024.

Dated: New York, New York
           August 22, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.