

Barry Coburn
Admitted DC, MD, VA, NY
202-643-9472
barry@coburngreenbaum.com

August 22 2024

<u>VIA ECF</u>
The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY  10007

  Re: <u>United States v. Nadine Menendez, (S4) 23-cr-490 (SHS)/UNDER SEAL</u>

Dear Judge Stein:

  We represent Defendant Nadine Menendez.  I write to Your Honor in advance of our telephonic hearing this morning.

  As the government correctly indicated in its prior letter to the Court, on August 16, 2024, the parties are in substantial agreement concerning the setting of a proposed trial date in this case.  From my point of view, the area of disagreement to be presented to the Court today relates only to the question of the extent to which the parties' recent submissions concerning Ms. Menendez should be redacted.

  The government's position is that this instant letter from me should be made part of the public record, in addition to much of its letter to the Court of August 16, 2024.  While we respectfully disagree with this position, given the government's view I am reluctant to state here our perspective  concerning redactions and its rationale, and instead will reserve that for the hearing in a few hours.  Instead, I attach, for the Court's consideration, the parties' two competing proposed redacted versions of the government's letter of August 16, 2024.  The government's version is first, followed by my proposal.

   I am grateful for the opportunity to address this issue in our telephonic status hearing this morning.

Respectfully submitted,

Barry Coburn