UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | (S4) 23-Cr-490 (SHS) |
| | : | |
| -v- | : | DEFENDANT NADINE |
| | : | MENENDEZ'S SUBMISSION |
| ROBERT MENENDEZ, NADINE MENENDEZ, | : | RE MEDICAL STATUS |
| WALE HANA, AND FRED DAIBES, | : | |
| | : | **UNDER SEAL** |
| Defendants. | : | |
| | : | |

---------------------------------------------------------------x

Defendant Nadine Menendez, through counsel, pursuant to the Court's Order of July 16, 2024 (Dkt. No. 510), respectfully submits the attached statement from Ms. Menendez' treating physician, accompanied by related medical records. We very much appreciate the additional time accorded by the Court to us to provide this information.

        Respectfully submitted,

        /s/ Barry Coburn
        _____
        Barry Coburn, NYS Bar No. 5221338
        Coburn & Greenbaum PLLC
        1710 Rhode Island Avenue, N.W.
        Second Floor
        Washington, DC  20036
        Tel:  202-643-9472
        Fax:  1-866-561-9712
        barry@coburngreenbaum.com

Certificate of Service

I hereby certify that on August 16, 2024, this submission will be served on all counsel of record via this Court's electronic filing system.

        /s/ Barry Coburn
        _____