

Barry Coburn
Admitted DC, MD, VA, NY
202-643-9472
barry@coburngreenbaum.com

September 17, 2024

VIA ECF
The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    <u>United States v. Nadine Menendez, (S4) 23-cr-490 (SHS)</u>

Dear Judge Stein:

    We represent Defendant Nadine Menendez.  I am writing to Your Honor to inquire if Ms. Menendez could be allowed to travel from her home in New Jersey to Boston to visit her daughter, who resides in Boston.  Ms. Menendez hoped to depart this Thursday, September 19, 2024, and return the following Monday, September 23, 2024.  I have spoken about this with her Pretrial Services Officer, Stephen Boose, and with the prosecutors, and my understanding is that neither objects to Ms. Menendez taking this trip.

    We appreciate the Court's consideration of this request.

Respectfully submitted,

*[signature]*

Barry Coburn