UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                : 23-Cr-490 (SHS)

-v-                                      :

NADINE MENENDEZ,                         : <u>ORDER</u>

                Defendant.        :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has received the status report from defendant's treating physician under seal on November 18.

      IT IS HEREBY ORDERED that:

      1.    Consistent with the Court's direction in its Order dated August 22, 2024 [ECF No. 598] for the parties to "keep their trial calendars clear for January and February 2025 in order to accommodate a trial of this action," the trial of this action shall commence on Tuesday, January 21, 2025, at 9:30 a.m. in Courtroom 23A;

      2.    The last day to file motions in limine is December 20, 2024;

      3.    The last day for responses to motions in limine is January 3, 2025;

      4.    The parties are directed to confer in regard to setting dates for all appropriate trial matters, including dates for CIPA motion practice; government disclosures pursuant to Rule 16 and 18 U.S.C. § 3500; expert disclosures; reciprocal disclosures pursuant to Rule 16(b); exhibit lists; witness lists; proposed voir dire; and proposed jury charges; and

      5.    As set forth in the Court's August 22, 2024, Order, there will be a pretrial conference in this matter on December 9, 2024, at 10:00 a.m. in Courtroom 23A.

Dated: New York, New York
       November 19, 2024

                                SO ORDERED:

                                _____
                                Sidney H. Stein, U.S.D.J.