Barry Coburn <barry@coburngreenbaum.com>

---

## Fwd: FW: Activity in Case 1:24-cr-00328-ACR USA v. NOYCE Order
1 message

**Barry Coburn** <barry@coburngreenbaum.com>  Sun, Nov 24, 2024 at 10:11 AM
To: Barry Coburn <barry@coburngreenbaum.com>

---

**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Tuesday, August 6, 2024 4:53 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:24-cr-00328-ACR USA v. NOYCE Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 8/6/2024 at 4:53 PM and filed on 8/6/2024

| | |
|---|---|
| **Case Name:** | USA v. NOYCE |
| **Case Number:** | 1:24-cr-00328-ACR |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER as to NATHANIEL NOYCE. As stated on the record at today's Status Conference, the Court hereby ORDERS the parties to submit a joint status report on or before August 27, 2024. The joint status report should discuss (1) whether the United States has received the grand jury transcript and produced it to Defendant and (2) whether Defendant has secured new counsel. The Court further ORDERS the parties, after Defendant obtains new counsel, to contact the Courtroom Deputy, Jonathan Hopkins (Jonathan_Hopkins@dcd.uscourts.gov), to set a trial date. Signed by Judge Ana**

C. Reyes on 8/6/2024. (lcar3)

**1:24-cr-00328-ACR-1 Notice has been electronically mailed to:**

Christopher Macchiaroli    cmacchiaroli@silvermanthompson.com

Eli Joseph Ross    Eli.Ross@usdoj.gov, USADC-ECFCSS@usa.doj.gov, USADC.ECFCSS@usdoj.gov, koffi.zilevu@usdoj.gov, tamica.meadows2@usdoj.gov

**1:24-cr-00328-ACR-1 Notice will be delivered by other means to::**

**U.S. v. Noyce - Joint Status Report.pdf**
69K