

Barry Coburn &lt;barry@coburngreenbaum.com&gt;

---

## Activity in Case 1:24-cr-00328-ACR USA v. NOYCE Order
1 message

---

**DCD_ECFNotice@dcd.uscourts.gov** &lt;DCD_ECFNotice@dcd.uscourts.gov&gt;  
To: DCD_ECFNotice@dcd.uscourts.gov

Tue, Aug 27, 2024 at 2:18 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Columbia**

### Notice of Electronic Filing

The following transaction was entered on 8/27/2024 at 2:18 PM and filed on 8/27/2024  
**Case Name:**        USA v. NOYCE  
**Case Number:**      1:24-cr-00328-ACR  
**Filer:**  
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER as to NATHANIEL NOYCE. The Court hereby ORDERS that trial in this case shall begin on March 17, 2025, at 10 AM. The Court has reserved two weeks for trial. The Court hereby ORDERS the parties to file, on or before September 13, 2024, a joint status report that contains (1) an update on the status of discovery; (2) a proposed schedule for pretrial proceedings, including proposed dates for the pretrial conference; and (3) the parties' views on how long trial is likely to last. Signed by Judge Ana C. Reyes on 8/27/2024. (lcar3)**

**1:24-cr-00328-ACR-1 Notice has been electronically mailed to:**

Barry Coburn    barry@coburngreenbaum.com, docketclerk@cclegal.us

Christopher Macchiaroli    cmacchiaroli@silvermanthompson.com

Eli Joseph Ross    Eli.Ross@usdoj.gov, USADC-ECFCSS@usa.doj.gov, USADC.ECFCSS@usdoj.gov, koffi.zilevu@usdoj.gov

**1:24-cr-00328-ACR-1 Notice will be delivered by other means to::**