UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  23-Cr-490 (SHS)

-v-  :

NADINE MENENDEZ,  :  ORDER

Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that:

1. The government is directed to respond to defendant's motion for an adjournment of the January 21, 2025, trial in this action [Doc. No. 637] on or before December 6, 2024; and

2. The defendant may reply on or before December 11, 2024.

Dated: New York, New York
November 26, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.