UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ROBERT MENENDEZ et al.,

Defendants.

Case No. S4 23-cr-490 (SHS)

# NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the declaration of Avi Weitzman, Esq., dated November 27, 2024, the exhibits attached thereto, the declaration of Henry S. Finkelstein, dated November 27, 2024, and the accompanying Memorandum of Law, Defendant Robert Menendez ("Senator Menendez"), through his undersigned attorneys, respectfully moves this Court, before the Honorable Sidney H. Stein, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, for an Order granting Defendant's Supplemental Motion for Vacatur and a New Trial pursuant to Federal Rule of Criminal Procedure 33, or, at minimum, ordering discovery and an evidentiary hearing to determine the scope of the government's propriety and the prejudice caused to Senator Menendez.

PLEASE TAKE FURTHER NOTICE that, by Order of the Court (ECF No. 634), any response shall be filed by December 6, 2024, and any reply shall be filed by 5:00 pm on December 10, 2024.

2

| | |
|---|---|
| Dated: November 27, 2024 | Respectfully submitted, |

<div style="margin-left: 50%;">

By: /s/  Adam Fee
</div>

| | |
|---|---|
| Yaakov M. Roth, *pro hac vice*<br>JONES DAY<br>51 Louisiana Avenue N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700 | Adam Fee<br>PAUL HASTINGS LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: 1(310) 620-5719<br>Facsimile: 1(310) 620-5819<br><br>Avi Weitzman<br>Paul C. Gross<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 1(212) 318-6000<br>Facsimile: 1(212) 725-3620<br><br>*Attorneys for Defendant Robert Menendez* |