UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | |
| NADINE MENENDEZ, | : | <u>ORDER</u> |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A status conference having been held today, with counsel for all parties and defendant present,

     IT IS HEREBY ORDERED that:

     1.    For the reasons set forth today, defendant's motion to adjourn the trial [Doc. No. 637]; is denied;

     2.    The dates in the Order dated November 19, 2024, remain as set;

     3.    The trial of this action will commence on Tuesday, January 21, 2025, at 9:30 a.m. in Courtroom 23A; and

     4.    The court excludes time from calculation under the Speedy Trial Act from today until January 21, 2025. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       December 9, 2024

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.