

Barry Coburn
Admitted DC, MD, VA, NY
202-643-9472
barry@coburngreenbaum.com

December 17, 2024

VIA ECF
The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY  10007

Re:    United States v. Nadine Menendez, (S4) 23-cr-490 (SHS)/UNDER SEAL

Dear Judge Stein:

    We represent Defendant Nadine Menendez.  Your Honor had instructed the parties to discuss, and seek to reach agreement concerning, as many pretrial scheduling-related items as possible in connection with our upcoming trial in January.  I thought I should let Your Honor know that the parties are in active discussion concerning a series of scheduling-related issues, as well as the possibility of stipulations and other evidentiary issues.  The government and we have discussed these items over zoom and have exchanged a series of emails about them, the latest as recently as last night.  I believe the government is in the process of drafting a letter to Your Honor which will set forth areas of agreement and disagreement, which I anticipate will be sent after the parties either reach agreement or come to an impasse on a number of such items that we are continuing to discuss.

Respectfully submitted,

Barry Coburn

1710 Rhode Island Avenue, NW · 2nd Floor · Washington DC 20036
202.630.2844 · fax 866.561.9712 · coburngreenbaum.com