UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | : | (S4) 23-Cr-490 (SHS) |
| UNITED STATES OF AMERICA | : | |
| | : | NOTICE OF |
| -v- | : | DEFENDANT NADINE |
| | : | MENENDEZ'S MOTION |
| ROBERT MENENDEZ, NADINE MENENDEZ, | : | IN LIMINE |
| WALE HANA, AND FRED DAIBES, | : | |
| | : | |
| Defendants. | : | |
| | : | |
---------------------------------------------------------------x

    Notice is hereby given that Defendant Nadine Menendez, through counsel, respectfully moves for *in limine* rulings on a number of evidentiary issues.  Grounds are set forth in the accompanying memorandum in support of this motion.

                             Respectfully submitted,

                             /s/ Barry Coburn
                             _____
                             Barry Coburn, NYS Bar No. 5221338
                             Coburn & Greenbaum PLLC
                             1710 Rhode Island Avenue, N.W.
                             Second Floor
                             Washington, DC  20036
                             Tel:  202-643-9472
                             Fax:  1-866-561-9712
                             barry@coburngreenbaum.com

                             <u>Certificate of Service</u>

    I hereby certify that on December 20, 2024, this motion will be served on all counsel of record via this Court's electronic filing system.

                             /s/ Barry Coburn
                             _____