UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA, : 23-cr-490 (SHS)

    -v- : <u>ORDER</u>

NADINE MENENDEZ, :

    Defendant. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received the government's submission dated December 19, [Doc. No. 658] and the defendant's submission dated December 20 [Doc. No. 659].

    A pretrial conference was held today by telephone, with counsel for all parties participating, and defendant's attorneys having waived their client's appearance,

    IT IS HEREBY ORDERED that the parties shall comply with the following deadlines:

| | |
|---|---|
| Defendant's production of Rule 16(b) materials, *i.e.*, reciprocal discovery | December 23, 2024, or promptly thereafter if identified or acquired subsequent to December 23 |
| Notice of any affirmative defenses, including any defense under 22 U.S.C. § 613(d) | December 23, 2024 |
| Government expert notice(s) | N/A |
| Defendant's expert notice(s) | December 30, 2024 |
| Defendant's Classified Information Procedures Act ("CIPA") Section 5 notice, if any | N/A |
| Government CIPA Section 6 response, if any | N/A |
| Motions in limine | December 20, 2024 |
| Government witness list for case-in-chief | December 30, 2024 |
| Government 18 U.S.C. § 3500 material for case- in-chief | December 30, 2024 |

| | |
|---|---|
| Government exhibit list for case-in-chief | December 30, 2024 |
| Defendant's non-impeachment exhibits to be introduced in Government case-in-chief | January 2, 2025 |
| Responses to motions in limine | January 3, 2025 |
| Voir dire | January 3, 2025 |
| Requests to charge | January 10, 2025 |
| Any visuals or slides to be used in opening | 24 hours before the opening |
| Party's anticipated witnesses and exhibits to be offered in connection with each witness's direct testimony in the Government case-in-chief or defense case, if any | After the trial day at least two calendar days before the witness is expected to start testifying |
| Opposing party's objections to those exhibits | Within 24 hours after notice; a reasonable period of time for witness with a large number of exhibits |
| Opposing party's non- impeachment exhibits to be offered in connection with that witness's testimony | Within 24 hours after notice |
| Defense exhibits to be used in its case, witness list, Rule 26.2 material, and proffers of witness testimony if not adequately set forth in Rule 26.2 material or otherwise | At least 10 days prior to the anticipated start of the defendant's case |
| Responses from Rule 17(c) subpoenas, if any | Promptly after receipt |

Dated: New York, New York
December 20, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.