

Barry Coburn
Admitted DC, MD, VA, NY
202-643-9472
barry@coburngreenbaum.com

December 30, 2024

<u>VIA ECF</u>
The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY  10007

Re:     <u>United States v. Nadine Menendez, (S4) 23-cr-490 (SHS)/electronics</u>

Dear Judge Stein:

We represent Defendant Nadine Menendez.  We are writing to request that the Court allow us to bring electronics into the courthouse during Ms. Menendez' upcoming trial, commencing on January 21, 2025.  We respectfully request that the Court allow us (myself, my co-counsel Sarah Schwietz and any support personnel who may assist us at the beginning or end of the trial) entry to the courthouse with:

- laptop computers
- internet hotspots allowing access to the internet (numerous documents are stored there)
- associated cables, such as for HTML audio/video connections
- power cords
- extension cords
- external speakers, in case they are needed to play audio for the Court or jury.

We appreciate the Court's consideration of this request.

Respectfully submitted,

Barry Coburn