UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :    23-Cr-490 (SHS)

    -v-                                             :

NADINE MENENDEZ,                         :    ORDER

              Defendant.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    1.    A pretrial conference will take place via MS Teams today at 4:00 p.m. It will concern medical information involving the defendant; the conference is for the parties and counsel only and the transcript of this conference will be sealed; and

    2.    A pretrial conference to consider the pending motions *in limine* and other pretrial matters will take place on Thursday, January 16, 2025, at 11:00 a.m. in Courtroom 23A.

Dated: New York, New York
          January 10, 2025

                                  SO ORDERED:

                                  *[signature]*
                                  Sidney H. Stein, U.S.D.J.