UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :          23-Cr-490 (SHS)

        -v-                                  :

NADINE MENENDEZ,                             :          ORDER

               Defendant.              :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A teleconference having been held today via MS Teams, with defendant and counsel for all parties participating,

     IT IS HEREBY ORDERED that for the reasons set forth on the record, the Court denies defendant's motion to reconsider adjourning the trial date.

Dated: New York, New York
       January 10, 2025

                       SO ORDERED:

                       Sidney H. Stein, U.S.D.J.