UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | |
| NADINE MENENDEZ, | : | <u>ORDER</u> |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A status conference having been held today, with defendant and counsel for all parties present,

IT IS HEREBY ORDERED that:

1. For the reasons set forth on the record, the Court rules on the parties' pending motions in limine [Doc. Nos. 284, 661, 663];

2. The government shall file its motion regarding defense experts by January 21, 2025;

3. Defendant's response to the motion is due by January 28, 2025; and

4. The time is excluded from calculation under the Speedy Trial Act from today until February 5, 2025. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
January 16, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.