UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

CHAMBERS OF
SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

January 21, 2025

VIA ECF

Daniel C. Richenthal
Paul M. Monteleoni
Lara Pomerantz
Catherine E. Ghosh
Christina A. Clark
United States Attorney's Office

Barry Coburn
Sarah Schwietz
Marc J. Eisenstein
Coburn & Greenbaum PLLC

    Re:    United States of America v. Nadine Menendez, 23-cr-490 (SHS)

Dear Counsel:

    The Court intends to employ the following procedure in advance of voir dire on the morning of February 5, 2025 in order to expedite seating a jury. Upon their arrival in the jury assembly room, each member of the venire will be asked to complete the following short questionnaire:

Juror Number: ___

Question #1: Are you available to serve as a juror in an action that is estimated to last for the next [#] to [#] weeks?

Answer:        ___ Yes    ___ No

Question #2: If you responded "No" to Question #1, why are you unavailable to sit for the estimated duration of this trial?

Answer: _____

_____

All Counsel
Page Two
January 21, 2025

    The completed questionnaires will be collected by the jury clerk and provided to the attorneys for the parties, who will review the questionnaires on the morning of February 5 and decide which jurors they agree may be excused for cause based on their answer to the questionnaire. The remaining members of the venire will then proceed to Courtroom 23A for questioning by the Court.

    This procedure will enable the parties and the Court to reduce the number of potential jurors who need to be questioned by the Court with respect to their availability to serve. If either party objects to the use of this questionnaire, notify the Court in writing on or before January 24, 2025.

Very truly yours,

Sidney H. Stein, U.S.D.J.