

                                             Barry Coburn
                                             Admitted DC, MD, VA, NY
                                             202-643-9472
                                             barry@coburngreenbaum.com

January 24, 2025

**VIA ECF - UNDER SEAL**
The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:     <u>United States v. Nadine Menendez, (S4) 23-cr-490 (SHS)</u>

Dear Judge Stein:

      We represent Defendant Nadine Menendez. We are writing to Your Honor in response to the Court's letter of January 21, 2025, relating to the preliminary jury questionnaire. The defense has no objection to the use of the questionnaire, but would appreciate an opportunity to be heard concerning the approximate length of trial -- *i.e.,* how the blanks in question one will be completed -- after the government proffers its current estimate of the length of its case-in-chief.

Respectfully submitted,

Barry Coburn