UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NADINE MENENDEZ,<br><br>Defendant. | 23-Cr-490 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

    The Court is in receipt of defendant's letter dated January 21, 2025 submitting additional information from her treating physician in further support of her motion to adjourn the trial of this action from February 5 until March 18, 2025. (ECF No. 709.) The government responded in a letter on the same day that "in light of the content of the treating physician's letter . . . the Government takes no position" on defendant's request. (ECF No. 712.)[1]  In light of these letters, the Court hereby adjourns the trial of the defendant from February 5 to March 18, 2025 at 9:30 a.m. in Courtroom 23A. No further adjournments of the trial date will be granted absent a clear showing of medical necessity.

    The parties are directed to comply with all existing pretrial deadlines, including (i) the January 28 deadline for the defense to respond to the government's motion *in limine* to preclude its expert; (ii) the January 29 deadline for the defense to provide the government with its objections to the exhibits to be offered in connection with the government's first summary witness; and (iii) the February 3 deadline for the defense to provide its objections to the exhibits to be offered in connection with the government's second and third summary witnesses.

    In addition, the following deadlines from the Court's December 30, 2024 Order (ECF No. 673) remain in place:

| | |
|---|---|
| Any visuals or slides to be used in opening | 24 hours before the opening |

---

[1] The parties are directed to attempt to agree on appropriate redactions to the government's January 21 letter. If they are unable to agree, they shall bring the issue to the Court's attention in writing by noon on Monday, January 27, 2025.

| | |
|---|---|
| Party's anticipated witnesses and exhibits to be offered in connection with each witness's direct testimony in the Government case-in-chief or defense case, if any | After the trial day at least two calendar days before the witness is expected to start testifying |
| Opposing party's objections to those exhibits | Within 24 hours after notice; a reasonable period of time for witness with a large number of exhibits |
| Opposing party's non-impeachment exhibits to be offered in connection with that witness's testimony | Within 24 hours after notice |
| Defense exhibits to be used in its case, witness list, Rule 26.2 material, and proffers of witness testimony if not adequately set forth in Rule 26.2 material or otherwise | At least 10 days prior to the anticipated start of the defendant's case |
| Responses from Rule 17(c) subpoenas, if any | Promptly after receipt |

The Court is aware that the government has already produced to the defense its 18 U.S.C. § 3500 material. The government need not produce any additional 3500 material or exhibits until March 4, 2025. The Court directs the parties to attempt to agree upon appropriate stipulations and other methods of streamlining the presentation of evidence to the jury.

Dated: New York, New York
January 24, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

2