UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | |
| NADINE MENENDEZ, | : | <u>ORDER</u> |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received the government's letter dated January 27, 2025, and Mr. Coburn's letter dated January 28, 2025, regarding the sealing of portions of the government's January 21, 2025, letter.

    IT IS HEREBY ORDERED that the government is directed to publicly file its January 21 letter with only the five word quote from the treating physician in the middle of page 1 of the January 21 letter redacted from public view.

Dated: New York, New York
         January 28, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.