

Barry Coburn
Admitted DC, MD, VA, NY
202-643-9472
barry@coburngreenbaum.com

January 29, 2025

<u>VIA ECF</u>
The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   <u>United States v. Nadine Menendez, (S4) 23-cr-490 (SHS)</u>/electronics

Dear Judge Stein:

    We represent Defendant Nadine Menendez.  I respectfully request that the time from February 5, 2025 (our prior trial date) and March 18, 2025 (our current trial date), be excluded pursuant to the Speedy Trial Act, for the reasons stated in our request for an adjournment until March 18.  My understanding is that the government agrees with this request.  Thank you for the Court's consideration of it.

Respectfully submitted,

*/s/ Barry Coburn*

Barry Coburn