UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | |
| NADINE MENENDEZ, | : | <u>ORDER</u> |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that a pretrial conference in this action will be held on Wednesday, February 19, 2025, at 11:00 a.m. in Courtroom 23A for the purpose of discussion and rendering opinions on the government's Motion to Preclude the Defendant's Proffered Expert Testimony [ECF 704] and the government's Motion in Limine Regarding Self-Authenticating Records [ECF 715]. If defendant intends to respond to the government letter dated February 7 [ECF 747], she shall do so by 10:00 am on Friday, February 14, 2025.

Dated:  New York, New York
        February 12, 2025

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.