UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        23-Cr-490 (SHS)

-v-                                      :

NADINE MENENDEZ,                         :        <u>ORDER</u>

                Defendant.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the government be able to display publicly any exhibit covered by the government's Motion in Limine Regarding Self-Authenticating Records [ECF 715, 747] during the pretrial conference on Wednesday, February 19, 2025.

Dated: New York, New York
       February 13, 2025

                                      SO ORDERED:

                                      _____
                                      Sidney H. Stein, U.S.D.J.