UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA,     :     23-Cr-490 (SHS)

     -v-     :

NADINE MENENDEZ,     :     ORDER

     Defendant.     :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with defendant and counsel for all parties present,

IT IS HEREBY ORDERED that:

1.     If the parties are unable to reach agreement, defendant's response to the government's Motion In Limine Regarding Self-Authenticating Records is due by Friday, February 21, 2025;

2.     Defendant's response to the government's Supplemental Motions in Limine is due by noon on Monday, February 24, 2025; and

3.     The Court will notify the parties by Tuesday if it intends to call a conference for Thursday, February 27, at 11:00 a.m.

Dated: New York, New York
       February 19, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.