UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        23-Cr-490 (SHS)

        -v-                                              :

NADINE MENENDEZ,                              :        <u>ORDER</u>

                  Defendant.          :

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       The Court is in receipt of Mr. Coburn's letter dated February 20, 2025 [Doc. No. 761].

       IT IS HEREBY ORDERED that Mr. Coburn shall file a substantive response to each item in the Government's Supplemental Motions In Limine dated February 14, 2025, by noon on Monday, February 24, 2025.

Dated: New York, New York
       February 20, 2025

                          SO ORDERED:

                                   Sidney H. Stein, U.S.D.J.