UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  23-Cr-490 (SHS)

-v-  :

NADINE MENENDEZ,  :  ORDER

Defendant.  :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference on Thursday, February 27, 2025, at 11:00 a.m. in Courtroom 23A.

Dated: New York, New York
       February 24, 2025

                        SO ORDERED:

                        _____
                        Sidney H. Stein, U.S.D.J.