UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  23-Cr-490 (SHS)

-v-  :

NADINE MENENDEZ,  :  <u>ORDER</u>

                     Defendant.  :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for all parties present, and defense counsel having waived his client's appearance,

     IT IS HEREBY ORDERED that:

     1.     The parties' submissions regarding any objections to the use of summary charts; the testimony of FBI Special Agents Michael Coughlin, Rachel Graves, and Paul Van Wie; or any of the underlying exhibits set forth in the chart at ECF Doc. No. 775-1 are due by March 5, 2025; and

     2.     There will be a pretrial conference on March 7, 2025, at 10:30 a.m.

Dated: New York, New York
          February 27, 2025

                                SO ORDERED:

                                Sidney H. Stein, U.S.D.J.