

Barry Coburn
Admitted DC, MD, VA, NY
202-643-9472
barry@coburngreenbaum.com

March 6, 2025

VIA ECF
The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    United States v. Nadine Menendez, (S4) 23-cr-490 (SHS)/electronics

Dear Judge Stein:

      We represent Defendant Nadine Menendez.  I am writing in brief preliminary response to the two submissions from the government late last night (Docket Nos. 782 and 783).  In case Your Honor deems it appropriate to address both submissions at our pretrial conference tomorrow morning, March 7, 2025, I will endeavor to respond to both submissions today, by letter, and will have no objection to the Court addressing them tomorrow, should the Court decide to do so.  I apologize in advance if my letter response comes in after business hours.

Respectfully submitted,

Barry Coburn

1710 Rhode Island Avenue, NW · 2nd Floor · Washington DC 20036
202.630.2844 · fax 866.561.9712 · coburngreenbaum.com