

Barry Coburn
Admitted DC, MD, VA, NY
202-643-9472
barry@coburngreenbaum.com

March 16, 2025

<u>VIA ECF</u>
The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    <u>United States v. Nadine Menendez, (S4) 23-cr-490 (SHS)</u>/electronics

Dear Judge Stein:

    We represent Defendant Nadine Menendez.  I apologize to the Court for this after-hours letter.  I thought I should send it now, given that voir dire will commence on Tuesday morning, and in light of the Court's instruction to ensure that Your Honor is aware of issues relating to our trial at the earliest possible opportunity, so that they can be addressed without expending the jury's time whenever possible.

    Today, Sunday, March 6, I have been in the midst of a lengthy series of email exchanges with two of the prosecutors in this case:  one relating to the defense opening statement, and the other to the defense position on government exhibits.  I am attaching both of these sets of emails here for the Court's reference.  I thought I should submit them to the Court now because both of these email exchanges are somewhat heated, and it appears to me that the government will want to have them addressed before opening statements.

Respectfully submitted,

*/s/ Barry Coburn*

Barry Coburn

1710 Rhode Island Avenue, NW · 2nd Floor · Washington DC 20036
202.630.2844 · fax 866.561.9712 · coburngreenbaum.com