# Count One

Conspiracy To Commit Bribery

Knowledge/Intent Requirements:

# Count Two

Conspiracy To Commit Honest Services Fraud

Knowledge/Intent Requirements:

# Count Three

Conspiracy To Commit Extortion Under Color Of Official Right

Knowledge/Intent Requirements:

# Count Four

Conspiracy To Commit Obstruction Of Justice

Knowledge/Intent Requirements:

# Count Five

Bribery:  Actions To Benefit Hana and Egypt

Knowledge/Intent Requirements:

# Count Seven

Honest Services Wire Fraud:  Actions to Benefit Hana and Egypt

Knowledge/Intent Requirements:

# Count Eight

Extortion Under Color Of Official Right: Actions To Benefit Hana and Egypt

Knowledge/Intent Requirements:

# Count Nine

Honest Services Wire Fraud: Actions To Benefit Uribe and Uribe's Associates

Knowledge/Intent Requirements:

# Count Ten

Extortion Under Color Of Official Right:  Actions To Benefit Uribe and Uribe's Associates

Knowledge/Intent Requirements:

# Count Eleven

Bribery -- Actions To Benefit Daibes and Qatar

Knowledge/Intent Requirements:

# Count Thirteen

Honest Services Wire Fraud -- Actions To Benefit Daibes and Qatar

Knowledge/Intent Requirements:

# Count Fourteen

Extortion Under Color Of Official Right -- Actions To Benefit Daibes and Qatar

# Count Fifteen

Conspiracy For a Public Official To Act As a Foreign Agent

Knowledge/Intent Requirements:

# Count Seventeen

Conspiracy To Commit Obstruction Of Justice

Knowledge/Intent Requirements:

# Count Eighteen

Obstruction Of Justice

Knowledge/Intent Requirements: