

Barry Coburn <barry@coburngreenbaum.com>

## RE: [EXTERNAL] Re: Witness and exhibit disclosures
1 message

**Pomerantz, Lara (USANYS)** <Lara.Pomerantz@usdoj.gov>                                    Wed, Apr 2, 2025 at 11:28 AM
To: Barry Coburn <barry@coburngreenbaum.com>
Cc: "Monteleoni, Paul (USANYS)" <Paul.Monteleoni@usdoj.gov>, Sarah Schwietz <sarah@coburngreenbaum.com>, Marc Eisenstein <marc@coburngreenbaum.com>, "Richenthal, Daniel (USANYS)" <Daniel.Richenthal@usdoj.gov>, "Ghosh, Catherine (USANYS)" <Catherine.Ghosh@usdoj.gov>

As noted below, the fact of a Meta custodian was disclosed to you on March 4 and Raquel Morgan's name was disclosed to you in a testifying witness index on March 14, before trial started.  And, as noted below, non-testifying witness material for Jordan Bellamy that indicated that JP Morgan Chase was identifying a witness to testify at trial was produced to you on March 14, before trial started.  That witness's name, Denise Clemons, was produced to you last night once we had 3500 material for her.  And again, we disclosed to you in our cover letters on January 14 and March 4 that we may call document/records custodians as witnesses in the event no stipulations are reached, as they have not been reached in this case.

Regarding the IRS witness, as indicated in her 3500 materials (3588), she will authenticate GX 8I-1 through 8I-3 and summarize certain information contained in them.  We note that GX 2436 was inadvertently not included in the list of exhibits for her testimony, so we are providing notice of that exhibit now.  (She is expected to testify Friday afternoon or Monday.)

**From:** Barry Coburn <barry@coburngreenbaum.com>
**Sent:** Wednesday, April 2, 2025 9:19 AM
**To:** Pomerantz, Lara (USANYS) <Lara.Pomerantz@usdoj.gov>
**Cc:** Monteleoni, Paul (USANYS) <Paul.Monteleoni@usdoj.gov>; Sarah Schwietz <sarah@coburngreenbaum.com>; Marc Eisenstein <marc@coburngreenbaum.com>; Richenthal, Daniel (USANYS) <Daniel.Richenthal@usdoj.gov>; Ghosh, Catherine (USANYS) <Catherine.Ghosh@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Witness and exhibit disclosures

Thanks for your note, Lara.  I take it then that the government concedes that these witnesses' names were not previously disclosed.  With respect to the intended testimony of your IRS witness, we would request a proffer.  Best regards, Barry

Barry Coburn
Coburn, Greenbaum & Eisenstein PLLC
1710 Rhode Island Avenue, NW
Second Floor
Washington, DC  20036
Universal direct dial (work and cell):  202-643-9472
Firm main number:  202-630-2844
Fax:  866-561-9712 (toll-free)
www.coburngreenbaum.com

On Tue, Apr 1, 2025 at 9:18 PM Pomerantz, Lara (USANYS) <Lara.Pomerantz@usdoj.gov> wrote:

> Hi Barry,
>
> These individuals are covered by our prior letters to you. In our January 14, 2025 letter to you, we notified you that we may call "[d]ocument/records custodians as necessary, in the event that no satisfactory stipulation is reached." In our March 4, 2025 letter to you, we notified you that we may call certain individuals as witnesses in our case-in-chief, including "[a]dditional document/records custodians, or other witnesses to testify concerning the authentication of documents and related matters, as necessary." In connection with our March 4, 2025 production of witness-related materials to you, we produced documents for a Meta custodian under 3500 number 3579. On March 14, 2025, we produced materials to you for the identified custodian, Raquel Morgan, under 3500 number 3589.
>
> We produced to you this evening materials for Denise Clemons under 3500 number 3590; she was recently identified by JP Morgan Chase as the relevant witness. We previously produced non-testifying witness material for Jordan Bellamy on March 14 that indicated that JP Morgan Chase was identifying a witness to testify at trial, and late last week they notified us Ms. Clemons would be that witness but we had no 3500 material for her until today.
>
> Thanks,
>
> Lara
>
> ---
>
> **From:** Barry Coburn <barry@coburngreenbaum.com>
> **Sent:** Tuesday, April 1, 2025 6:06 PM
> **To:** Monteleoni, Paul (USANYS) <Paul.Monteleoni@usdoj.gov>
> **Cc:** Sarah Schwietz <sarah@coburngreenbaum.com>; Marc Eisenstein <marc@coburngreenbaum.com>; Richenthal, Daniel (USANYS) <Daniel.Richenthal@usdoj.gov>; Pomerantz, Lara (USANYS) <Lara.Pomerantz@usdoj.gov>; Ghosh, Catherine (USANYS) <Catherine.Ghosh@usdoj.gov>
> **Subject:** [EXTERNAL] Re: Witness and exhibit disclosures
>
> Thanks Paul. Are either of these folks on prior witness lists?
>
> - Raquel Morgan
> - Denise Clemon
>
> Best, Barry
>
> Barry Coburn
> Coburn, Greenbaum & Eisenstein PLLC
> 1710 Rhode Island Avenue, NW
> Second Floor
> Washington, DC  20036
> Universal direct dial (work and cell):  202-643-9472
> Firm main number:  202-630-2844
> Fax:  866-561-9712 (toll-free)
> www.coburngreenbaum.com

On Tue, Apr 1, 2025 at 4:30 PM Monteleoni, Paul (USANYS) <Paul.Monteleoni@usdoj.gov> wrote:

> We hope your client is feeling better. Depending on the pace of trial, on Thursday and Friday we may call the following witnesses and offer in connection with their testimony the following exhibits (in addition to those already disclosed):
>
> Olivia Sebade: 2499
>
> Sean Giesler: 7K-127, 7K-204
>
> Denise Clemons: 2461
>
> Isabella Fuchs: 1335A, 1335B, 1335C, 1335-EX, 1360
>
> Philip Sellinger: 8M-1, 12A-1, 12A-2, 12A-3, 12E-1
>
> Michael Soliman: A129, A130, A131, A421, A422
>
> Raquel Morgan: no exhibits
>
> Nicholas Iorio: 12B-9, 2435-13 (demonstrative)
>
> Paul Van Wie: 8Q-6, 8Q-12, 2A-29
>
>
> Paul M. Monteleoni
>
> Senior Trial Counsel
>
> U.S. Attorney's Office
>
> Southern District of New York
>
> 26 Federal Plaza, 37th Floor
>
> New York, NY 10278
>
> 212-637-2219