

Barry Coburn <barry@coburngreenbaum.com>

## proffers
1 message

**Barry Coburn** <barry@coburngreenbaum.com>  Thu, Apr 3, 2025 at 10:35 PM
To: Daniel Richenthal <Daniel.Richenthal@usdoj.gov>, Paul Monteleoni <Paul.Monteleoni@usdoj.gov>, Lara Pomerantz <Lara.Pomerantz@usdoj.gov>, "Ghosh, Catherine (USANYS)" <Catherine.Ghosh@usdoj.gov>
Cc: Sarah Schwietz <sarah@coburngreenbaum.com>, Marc Eisenstein <marc@coburngreenbaum.com>
Bcc: Barry Coburn <barry@coburngreenbaum.com>

Hello government, per my letter to the Court of a few hours ago, here is a start to our more detailed defense witness proffers. We will continue to enhance and refine them tomorrow and over the weekend, in accordance with my letter. By the end of the weekend, we will make a unitary, consolidated set of more detailed defense proffers available so that the government can evaluate them all together. We also will respond further to Dan's email of yesterday about these proffers. Best regards, Barry

Barry Coburn
Coburn, Greenbaum & Eisenstein PLLC
1710 Rhode Island Avenue, NW
Second Floor
Washington, DC  20036
Universal direct dial (work and cell):  202-643-9472
Firm main number:  202-630-2844
Fax:  866-561-9712 (toll-free)
www.coburngreenbaum.com

**Wael Hana**: Would testify about the reasons he hired Nadine as a consultant, the work she did for IS EG Halal while consulting, and why he did not terminate their consulting arrangement early. Additionally, he would testify about the mortgage loan he provided to Nadine and the gifts he gave her over the course of their friendship. He would also testify about the constituent services he sought and received from Robert Menendez.

**Katia Tabourian**: Would testify about the Defendant's family history with gold and jewelry, personality (including her attitude toward gift-giving and receiving), and her character and reputation for honesty and truthfulness, in addition to other relevant character traits. Testimony would include information about Nadine's sources of income following her first divorce, Nadine's luxury belongings, and gold and other luxury gifts received on various special occasions. Testimony would also include information about how Nadine and her family catalogued and listed their gifts and valuable belongings.

**Jamela Maali:** Would testify about her experience working with Fred Daibes, her knowledge of gift giving from Mr. Daibes to Nadine Menendez, his reputation for gift giving, and her knowledge of Mr. Daibes' interest in owning Ms. Menendez's home. She would further testify about Ms. Menendez's interest in looking to purchase a new home in early 2022.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Coburn, Barry on 4/3/2025 at 8:05 PM EDT and filed on 4/3/2025

**Case Name:**       USA v. MENENDEZ
**Case Number:**     1:23-cr-00490-SHS
**Filer:**           Dft No. 2 - Nadine Menendez
**Document Number:** 816

**Docket Text:**
**LETTER by Nadine Menendez addressed to Judge Sidney H. Stein from Barry Coburn dated 04/03/2025 re: Defense Witness Proffers (Coburn, Barry)**

**1:23-cr-00490-SHS-2 Notice has been electronically mailed to:**

Adam Fee &nbsp &nbsp adamfee@paulhastings.com, hectordurant@paulhastings.com, paulgross@paulhastings.com, tatianathomas@paulhastings.com

Andrew James Marino &nbsp &nbsp Amarino@gibbonslaw.com

Ann M. St. Peter-Griffith &nbsp &nbsp astpetergriffith@kasowitz.com, courtnotices@kasowitz.com

Anne Michelle Collart &nbsp &nbsp acollart@gibbonslaw.com, nmitchell@gibbonslaw.com, tthomas@gibbonslaw.com

Avi Weitzman &nbsp &nbsp aviweitzman@paulhastings.com, DennisCairns@paulhastings.com, henryfinkelstein@paulhastings.com, ritafishman@paulhastings.com

Barry Coburn &nbsp &nbsp barry@coburngreenbaum.com

Catherine Elaine Ghosh &nbsp &nbsp catherine.ghosh@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Cesar De Castro &nbsp &nbsp cdecastro@cdecastrolaw.com

Christina A. Clark &nbsp &nbsp christina.clark3@usdoj.gov

Christina LaBruno &nbsp &nbsp clabruno@gibbonslaw.com

Daniel Charles Richenthal &nbsp &nbsp daniel.richenthal@usdoj.gov, CaseView.ECF@usdoj.gov, usanys.ecf@usdoj.gov

Daniel J. Fetterman &nbsp &nbsp dfetterman@kasowitz.com, autodocket@kasowitz.com, courtnotices@kasowitz.com

Elena Cicognani &nbsp &nbsp ecicognani@gibbonslaw.com

Eli Jacob Mark &nbsp &nbsp eli.mark@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Fria Rohinton Kermani &nbsp &nbsp FKermani@kasowitz.com, courtnotices@kasowitz.com

Jacob Moshe Roth &nbsp &nbsp yaakster@gmail.com, courtalert@jonesday.com

Jessica L. Guarracino &nbsp &nbsp jguarracino@gibbonslaw.com

Kelsey A Ball &nbsp &nbsp kball@gibbonslaw.com

Lara Elizabeth Pomerantz &nbsp &nbsp Lara.Pomerantz@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Lawrence S. Lustberg &nbsp &nbsp llustberg@gibbonslaw.com, ktolson@gibbonslaw.com, Mbrech@gibbonslaw.com

Marc Jason Eisenstein &nbsp &nbsp marc@coburngreenbaum.com

Marc E. Kasowitz &nbsp &nbsp MEKcourtnotices@kasowitz.com, autodocket@kasowitz.com, courtnotices@kasowitz.com

Paul Gross &nbsp &nbsp paulgross@paulhastings.com, ageritano@wsgr.com

Paul Michael Monteleoni &nbsp &nbsp paul.monteleoni@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Ricardo Solano , Jr &nbsp &nbsp rsolano@gibbonslaw.com

Rita A Fishman &nbsp &nbsp ritafishman@paulhastings.com

Robert David Luskin &nbsp &nbsp robertluskin@paulhastings.com

Sarah Schwietz &nbsp &nbsp sarah@coburngreenbaum.com

Seth Hugh Agata &nbsp &nbsp sagata@cdecastrolaw.com

Shannon Michael McManus &nbsp &nbsp smcmanus@cdecastrolaw.com

Valerie Alice Gotlib &nbsp &nbsp valerie@gotliblaw.com, vgotlibecf@gmail.com

**1:23-cr-00490-SHS-2 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/3/2025] [FileNumber=32812687-0
] [42b28a4340f5cabee6512b755371add4d79965f24db056cce7915b0647b619d4dc3
09ca8c45554bd3b23d2dce012de0491881d7bf13d5f2af61719b7151aeb2a]]