

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 9, 2025

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *United States v. Nadine Menendez,*
       **S4 23 Cr. 490 (SHS)**

Dear Judge Stein:

The Government respectfully writes in the above-captioned matter to request that the Court order the below described corrections to the transcript of Jose Uribe's testimony, indicated in bold and underline in the below chart, in order to correct typographical errors and to ensure that the transcript accurately reflects Mr. Uribe's testimony.

| Transcript Page and Line | Current Transcript | Government's Proposed Correction |
|---|---|---|
| Page 1459, line 9 | "**My** met Ana through my daughter Vanessa." | "**I** met Ana through my daughter Vanessa." |
| Page 1469, lines 13-15 | "A. My understanding is that Elvis Parra pled guilty, and he received probation. Was it your understanding he was indicted or charged with a crime before he pled guilty? | "A. My understanding is that Elvis Parra pled guilty, and he received probation.<br><br>**Q.**[1] Was it your understanding he was indicted or charged with a crime before he pled guilty? |

---

[1] The current transcript does not separate the Government's question from Mr. Uribe's answer.

Honorable Sidney H. Stein
April 9, 2025
Page 2

|  | | |
|---|---|---|
|  | A. Yes, he was indicted.” | A. Yes, he was indicted.” |
| Page 1620, line 24 | “A. I explained to the senator that I'm bringing those names in as Elvis -- I'm sorry. Bien Hernandez and his company, Prestige Trucking Express, were under investigation; that I learned that this investigation **couldn't** move toward an investigation of my daughter Ana and Phoenix Risk Management.” | “A. I explained to the senator that I'm bringing those names in as Elvis -- I'm sorry. Bien Hernandez and his company, Prestige Trucking Express, were under investigation; that I learned that this investigation **could have** move**d** toward an investigation of my daughter Ana and Phoenix Risk Management.” |
| Page 1621, lines 18-19 | A. The investigation that was ongoing by the New Jersey Attorney General office against Bien Hernandez and Prestige Trucking Express was conveyed to me by Howard Dorian in the past with intention of him to know that Ms. Lopez **couldn't** move after finish this Prestige and Bien, **couldn't** move to investigate my daughter Ana and Phoenix Risk Management. | A. The investigation that was ongoing by the New Jersey Attorney General office against Bien Hernandez and Prestige Trucking Express was conveyed to me by Howard Dorian in the past with intention of him to know that Ms. Lopez **could have** move**d** after finish this Prestige and Bien, **could have** move**d** to investigate my daughter Ana and Phoenix Risk Management. |
| Page 1626, line 9 | “A. After Fernando help me made **capital** payments, one or two payments, I learn to find out later on that some of the payments were late.” | “A. After Fernando help me made **couple of** payments, one or two payments, I learn to find out later on that some of the payments were late.” |
| Page 1632, line 19 | “A. At this point, is not complete, I don't have the final result of part 2. I wanted to prove Nadine that I was not one of those mens in her life that promise things, doesn't come through. It was **almost** important to me to comply with my end of the deal.” | “A. At this point, is not complete, I don't have the final result of part 2. I wanted to prove Nadine that I was not one of those mens in her life that promise things, doesn't come through. It was **utmost** important to me to comply with my end of the deal.” |
| Page 1772, lines 11-12 | “Q. Okay. Is it correct that during that meeting, your testimony is that the senator said he would look into it?<br><br>A. Is my testimony that during that meeting, after **this press** what is part 2, senator said that he would look into it.” | “Q. Okay. Is it correct that during that meeting, your testimony is that the senator said he would look into it?<br><br>A. Is my testimony that during that meeting, after **I expressed** what is part 2, senator said that he would look into it.” |

Honorable Sidney H. Stein
April 9, 2025
Page 3

| Page 1773, line 20 | "THE WITNESS: My testimony, sir, is that based upon the assessment that -- or the statements from Mr. Menendez have **sigobias (ph)**, . . ." | "THE WITNESS: My testimony, sir, is that based upon the assessment that -- or the statements from Mr. Menendez have **Segovia's**, . . ." |
|---|---|---|
| Page 1781, line 11 | "A. He just said -- he just folded the paper into his pocket and then he told me that **he was trying** to leave." | "A. He just said -- he just folded the paper into his pocket and then he told me that **it was time** to leave." |

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By:     s/ Lara Pomerantz
        Daniel C. Richenthal
        Paul M. Monteleoni
        Lara Pomerantz
        Catherine Ghosh
        Assistant United States Attorneys
        (212) 637-2109/2219/2343/1114

cc:     (by ECF)

        Counsel of Record