UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  23-Cr-490 (SHS)

    -v-  :

NADINE MENENDEZ,  :  <u>ORDER</u>

    Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

1. The defendant's sentencing submission is due on or before May 23, 20125;

2. The government's sentencing submission is due on or before May 30, 2025; and

3. The sentencing is set for June 12, 2025, at 10:00 a.m.

Dated: New York, New York
       April 21, 2025

                                    SO ORDERED:

                                    Sidney H. Stein, U.S.D.J.