UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | |
| NADINE MENENDEZ, | : | <u>ORDER</u> |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The jury having returned a verdict of guilty on all counts against defendant on April 21, 2025,

      IT IS HEREBY ORDERED that all bail conditions of defendant's pretrial release shall remain in effect pending sentence.

Dated: New York, New York
       April 22, 2025

SO ORDERED:

*Sidney H. Stein*
Sidney H. Stein, U.S.D.J.