UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| -v- | : | |
| NADINE MENENDEZ, | : | <u>ORDER</u> |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court has received Mr. Coburn's letter dated April 28, 2025 [Doc. No. 840].

IT IS HEREBY ORDERED that:

1. The last day in which to file a renewed motion pursuant to Fed. R. Civ. P. 29 is extended until May 23, 2025; and

2. In regard to Mr. Coburn's request for an adjournment of defendant's sentencing, he does not propose a date for the sentencing. He should provide that proposed date to the Court in a publicly filed letter.

Dated: New York, New York
April 30, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.