UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,    :    23-Cr-490 (SHS)

      -v-    :

NADINE MENENDEZ,    :    <u>ORDER</u>

      Defendant.    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of defendant to adjourn the date of sentencing [Doc. No. 845],

    IT IS HEREBY ORDERED that:

    1.    The defense sentencing submission is due by August 14, 2025;

    2.    The government submission is due by August 21, 2025;

    3.    The sentencing is adjourned from June 12 to September 11, 2025, at 10:00 a.m.; and

    4.    There will be no further adjournments of these dates.

Dated: New York, New York
       May 16, 2025

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.