

May 20, 2025

**Sarah Krissoff**
Direct Phone   212-908-1388
Direct Fax        646-225-5128
skrissoff@cozen.com

The Honorable Sidney H. Stein
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Nadine Menendez*, (S4) 23-cr-490 (SHS)

Dear Judge Stein:

    Within the last few hours, Cozen O'Connor has been retained to serve as co-counsel for Defendant Nadine Menendez in the above captioned matter. As such, Cozen will be taking the primary role in Ms. Menendez's post-trial briefing, which is currently due Friday, May 23. Due to our recent retention and our understanding that the trial transcripts in this matter exceed 3,000 pages (and we do not yet have such transcripts), Ms. Menendez respectfully seeks a modest continuance of the post-trial briefing deadline by two weeks.

    Undersigned counsel has conferred with the Government regarding this extension request, and the Government consents. As a result, the parties are in agreement as to the following modified deadlines for the Court's consideration:

- Defendant's briefing by Friday, June 6
- Government opposition by Friday, June 27
- Defendant's reply by July 7.

    As newly retained counsel, this is the first request for an extension made by the undersigned. We are mindful of the Court's preference to proceed as expeditiously as possible, and appreciate the Court's consideration of this short continuance to allow us to do the necessary work on the post-trial motions. Finally, we note that the above schedule ensures that the post-trial briefing processes are complete before the sentencing hearing scheduled for September 11, 2025. We thank the Court for its time and attention to this matter.

Respectfully submitted,

*Sarah Krissoff*

Sarah Krissoff

cc:  All counsel of record via ECF