UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                       :        23-Cr-490 (SHS)

         -v-                                            :

NADINE MENENDEZ,                                 :        LIMITED UNSEALING ORDER

                  Defendant.           :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      At the request of Cozen O'Connor, co-counsel for defendant [Doc. No. 872],

      IT IS HEREBY ORDERED that the sealed records clerk is directed to make a copy of the
documents in the following sealed envelopes and provide them to an attorney at Cozen 'Connor:
302, 429, 430, 759, and 770.

Dated:  New York, New York
          July 1, 2025

                                     SO ORDERED:

                                       Sidney H. Stein, U.S.D.J.