UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  23-Cr-490 (SHS)

-v-  :

NADINE MENENDEZ,  :  <u>ORDER</u>

                Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On May 7, 2025, the defendant requested an adjournment of sentencing from June 12 until September 11. On May 16 the Court granted that request and wrote "there will be no further adjournments." (ECF Doc. No. 858.) On July 14 the defendant in a sealed letter request sought an additional adjournment of sentencing; the government opposed her request.

      IT IS HEREBY ORDERED that defendant's request for an adjournment of sentencing is denied. The sentencing shall take place on September 11 at 10:00 a.m.

Dated: New York, New York
         July 15, 2025

                                    SO ORDERED:

                                    Sidney H. Stein, U.S.D.J.