UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | 23-Cr-490 (SHS) |
|  | : |  |
| -v- | : | MOTION FOR LEAVE |
|  | : | TO WITHDRAW AS COUNSEL |
| ROBERT MENENDEZ, NADINE MENENDEZ, WALE HANA, AND FRED DAIBES, | : |  |
|  | : |  |
| Defendants. | : |  |

-------------------------------------------------------------x

Barry Coburn, Sarah Schwietz, Marc Eisenstein and their law firm respectfully move to withdraw as counsel for Defendant Nadine Menendez.  The attorney-client relationship between ourselves and the Defendant has broken down.  Irreconcilable differences exist between ourselves and Ms. Menendez.

Ms. Menendez still is represented by Sarah Krissoff, Esq. and her law firm.  The government takes no position on this motion.  Ms. Menendez's position is not known.  She has been informed that this motion is being filed and will be served via email with a copy of it upon its filing.

          Respectfully submitted,

          /s/ Barry Coburn

          _____
          Barry Coburn, NYS Bar No. 5221338
          Coburn & Greenbaum PLLC
          1710 Rhode Island Avenue, N.W.
          Second Floor
          Washington, DC  20036
          Tel:  202-643-9472
          Fax:  1-866-561-9712
          barry@coburngreenbaum.com

<u>Certificate of Service</u>

I hereby certify that on July 18, 2025, this motion will be served on all counsel of record via this Court's electronic filing system.

/s/ Barry Coburn
_____