UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

NADINE MENENDEZ,

           Defendant.

---

23-Cr-490 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    The Court is in receipt of Barry Coburn's motion for leave to withdraw as counsel on behalf of himself, Sarah Schwietz, Marc Eisenstein, and their law firm Coburn & Greenbaum PLLC, dated July 18, 2025. (ECF No. 878.)

    Local Criminal Rule 1.1(b) applies Local Civil Rule 1.4(b) to attorney withdrawals. Rule 1.4(b) provides in relevant part as follows:

> [A]n attorney who has appeared for a party may be relieved or displaced only by order of the court. Such an order may be issued following the filing of a motion to withdraw, and only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, and whether or not the attorney is asserting a retaining or charging lien. . . . All motions to withdraw must be served upon the client and (unless excused by the court) upon all other parties. Proof of such service upon the client shall be filed on the docket in each case where withdrawal is sought.

Local Civil Rule 1.4(b). Mr. Coburn is directed to file the required affidavit by 12:00 p.m. on Monday, July 21, 2025.

    The Court notes that Sarah Krissoff of the law firm Cozen O'Connor remains as counsel of record for Ms. Menendez (ECF No. 860) and shall comply with all Court-ordered deadlines. Specifically, this Court has ordered that the defense sentencing submission be filed by August 14, 2025, and the government submission be filed by August 21, 2025. (ECF No. 858.) Sentencing shall take place on September 11, 2025, at 10 a.m. (*Id.*)

Dated:  New York, New York
        July 18, 2025

                          SO ORDERED:

                          *[signature]*
                          Sidney M. Stein, U.S.D.J.