UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,   :   23-Cr-490 (SHS)

-v-   :

NADINE MENENDEZ,   :   <u>ORDER</u>

               Defendant.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that the sentencing of Nadine Menendez shall proceed as set forth in the Order dated July 18, 2025, as follows: the defense submission is due on or before August 14; the government submission is due on or before August 21; the sentencing shall proceed on September 11, 2025, at 10:00 a.m. (Doc. No. 879). Mr. Coburn is directed to represent to the Court on or before noon on Friday, July 25, that Ms. Krissoff and defendant consent to his withdrawal and to the Court proceeding without Mr. Coburn representing Ms. Menendez.

Dated: New York, New York
       July 23, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.