

Barry Coburn
Admitted DC, MD, VA, NY
202-643-9472
barry@coburngreenbaum.com

July 25, 2025

<u>VIA ECF</u>
The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY  10007

Re:    <u>United States v. Nadine Menendez, (S4) 23-cr-490 (SHS)</u>

Dear Judge Stein:

I am writing to the Court in response to the Order of July 23, 2025 (Dkt. No. 885), requiring that by noon today, I represent to the Court that Ms. Krissoff and the Defendant consent to my withdrawal, and to proceeding to sentencing without my representation of Ms. Menendez.  I am unable to make this representation to the Court.  Accordingly, given the Court's Order of July 23, I will proceed on the understanding that my appearance for Ms. Menendez remains in effect through sentencing.  I will hope to add value to this process and will seek to do so, despite the previously referenced lack of communication between the client and myself, which continues despite a few recent, non-substantive emails.

Respectfully submitted,

Barry Coburn