

Barry Coburn
Admitted DC, MD, VA, NY
202-643-9472
barry@coburngreenbaum.com

July 25, 2025

<u>VIA ECF</u>
The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    <u>United States v. Nadine Menendez, (S4) 23-cr-490 (SHS)</u>

Dear Judge Stein:

      As I mentioned in my second letter to Your Honor this morning, it is my understanding that Ms. Krissoff plans to write to the Court in response to the Court's Order of July 23, 2025.  I am not sure when she plans to send that letter, however, and given that the noon deadline in the Court's Order is approaching, I thought I had best let the Court know that I was advised this morning that both the Defendant and Ms. Krissoff would consent to my and my colleagues' withdrawal from this case.  Ms. Krissoff, however, notes concern about IOLTA (escrow) funds held by my firm.  I want to assure the Court that we are acutely aware of our obligations in this regard, which can be time-sensitive.  I have asked Cozen O'Connor some questions about this, including a request for that firm's IOLTA wiring information, and anticipate a response shortly to those questions.

Respectfully submitted,

Barry Coburn