

July 25, 2025

**Sarah Krissoff**
Direct Phone   212-908-1388
Direct Fax     646-225-5128
skrissoff@cozen.com

The Honorable Sidney H. Stein
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Nadine Menendez*, (S4) 23-cr-490 (SHS)

Dear Judge Stein:

      We write in connection with Mr. Coburn's request to withdraw from the above-captioned case, and your orders regarding that request. We will be taking the primary role in connection with Mrs. Menendez's sentencing going forward, and will adhere to all deadlines set by the Court in connection with the scheduled sentencing proceeding. Neither Cozen O'Connor nor Mrs. Menendez, with whom we have spoken about this at length, has any objection to Mr. Coburn's withdrawal from the case. We do ask, however, that Mr. Coburn, as he surely will do, assist us with all matters relating to the transition of counsel. We anticipate that this will include providing us with case materials and case communications as needed and fulfilling any outstanding financial obligations he may have.

                                                               Respectfully submitted,

                                                               Sarah Krissoff

cc:   All counsel of record via ECF