UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

NADINE MENENDEZ,

              Defendant.

23-Cr-490 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court has today transmitted to counsel for the defendant and the government its Opinion & Order determining defendant's post-trial motions. In that Opinion & Order, the Court refers to certain material in Section III.A that has been filed under seal. The parties are directed to (i) promptly discuss the necessity and scope of any redactions to the Opinion & Order and (ii) submit their proposed redactions, if any, along with the bases for any proposed redactions, to the Court on or before noon on Thursday, August 1, 2025. (*See* ECF No. 169.)

Dated: New York, New York
       July 29, 2025

SO ORDERED:

*[Signature]*

Sidney H. Stein, U.S.D.J.