**Letters Submitted in Support of Nadine Menendez**

| Exhibit No. | Submitter | Relationship to Nadine Menendez |
|---|---|---|
| C-1 | Raul A. Alarcon | Lifelong time friend of Robert Menendez<br><br>Chairman, President & CEO Pablo Raul Alarcon Media Center |
| C-2 | ███████ | Mrs. Menendez's son |
| C-3 | ███████ | Mrs. Menendez's daughter |
| C-4 | Brent Burns | College friend since 1986 |
| C-5 | Carol Dominguez | Long-time friend and Member of the Office of the Federal Pubic Defender for the District of New Jersey |
| C-6 | Alexander Duran | Friend of Robert Menendez |
| C-7 | Marilyn Duran | Friend of Robert Menendez |
| C-8 | Nikole Juliano | Hairstylist and friend |
| C-9 | M, A [redacted minor] | Nephew |
| C-10 | Geoffrey Manicone | Brother-in-law |
| C-11 | Robert Menendez | Spouse |
| C-12 | Medardo Perez | Friend of Robert Menendez |
| C-13 | James Petrocelli | Friend |
| C-14 | Michael Politopoulos | Close friend of over 20 years |
| C-15 | Donald Scarinci | Friend and Best Man at wedding to Robert Menendez |
| C-16 | Rosemary Sorce | Friend and Chair of the Board at Joseph M. Sanzari's Children's Hospital |

| C-17 | Garbis Tabourian | Father |
| C-18 | Katia Tabourian | Sister |
| C-19 | Sharon Tether | Friend from College (NYU) |
| C-20 | Whitney Vass | Friend and Owner, Bisous Beauty Bar |

# EXHIBIT C-1

August 10, 2025

**The Honorable Sidney H. Stein**
**United States District Judge**
**Daniel Patrick Moynihan United States Courthouse**
**500 Pearl Street**
**New York, NY 10007–1312**

Your Honor,

I thank you for this opportunity to express my support of Nadine Menendez in the hopes that you may take my comments into consideration in deciding the details of her upcoming sentencing.

I sincerely hope that my words may convince you of the many qualities that make Nadine a unique individual - a loving daughter, a doting mom, a devoted wife and a true and caring friend.

I first met Nadine many years ago when she became engaged to my lifelong friend, Senator Robert Menendez, and I instantly developed a rapport with her that has lasted throughout all these many years.

Her most endearing quality was - and continues to be - her ability to earn the friendship of anyone and everyone she comes across with a sincere word of encouragement and a true concern for their happiness and well-being.

I remember being moved by the obvious love she felt for her family and how proud she was when introducing me to her father, son and daughter at her wedding in October of 2020.

Your Honor, I also think it's important for you to know that she has never shown any bitterness, enmity or anger towards anyone in all the years I have known her - despite the fact that she's undoubtedly had many moments of desperation and sadness in the last few years.

I can assure you that Nadine - and all of us that love her - will always be grateful for any leniency and clemency you may deem appropriate in deciding her future. Thank you for your consideration.

Respectfully and Appreciatively,

Raúl Alarcón

Chairman
Spanish Broadcasting System

# EXHIBIT C-2

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Hyonihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312


Dear Honorable Judge Stein,

My name is ██████, I am Nadine's son. Thank you for taking the time to read this.

This probably isn't going to be a traditional letter — I'm not interested in talking about all my mom's charitable work or any vanity metrics like I'm sure you've read in a million other letters from other cases.

My intention is to show you who my mom really is, the real person behind the name you've probably read one too many times in the last year — the person that you don't actually know… yet.


Where do I begin? …

Let's start with her flaws.

As I'm sure you've seen throughout some points in her trial, my mom has a fire to her. You'll usually see this come out when she's fighting for someone or something she loves, this is when she's in protection mode. It's tough to start this fire in her, but once it's started, forget about trying to put it out. When this woman loves someone, she will go to the ends of the earth for them, to a degree that is sometimes unjustifiable. Yet, in her mind, she won't think much of it because she's helping the people that she loves. To her, there's nothing more important than her loved ones, and making sure they're happy. She's been surrounded by some bad people so when she finally finds someone she loves, she'll do anything for them.


She gives everyone the benefit of the doubt, and it results in having too many snakes around her. She doesn't have the ability to really think about the intentions or motives of the people around her. My whole life I watched as her friends and boyfriends would take advantage of her and abuse her. I can't even describe the frustration I have that she continues to spend time around the wrong people. I'm not a parent, but I imagine it's pretty hard to take life advice from your kids when they tell you not to hang around certain people. Parents always think they know best, but sometimes your kids can be right — not always, but sometimes, and in this case I was right. But that's my mom, she has a heart of gold, and she thinks everyone around her does too. You'd think after decades of betrayal she would've learned by now, but I guess not. That saying "love is blind" couldn't be more true, even though I wish it wasn't.

And finally, my mom has such a specific view of the world that not many people share or can even relate to, which I believe causes a lot of conflict in her life. With such a unique life story, I don't blame her for thinking the way that she does. I can't imagine what it's like to grow up worrying about being bombed in school, and having to flee your home country to escape a war. I don't know how these things traumatized her, sometimes I understand, and other times I don't. When she escaped the war, she left everything behind. Imagine being robbed of everything you own — all the sentimental items you have, things your parents or grandparents got you, gone, forever. I think that's the reason she holds her jewelry to such a high value, not because it's jewelry, but because it's her mother's and grandmother's jewelry. Pieces that remind her of them, the only things she has left to remember the most important people in her life, some of the only people that didn't stab her in the back. Sometimes she wears this jacket that I left at home, and she'll text me and tell me "I'm wearing your jacket, and it's like you're hugging me all day." That's how she thinks about the jewelry her mom and grandmother gave her. This world view / perspective she has, can easily be framed as materialistic or vain, but I recently realized it's much deeper than that. I used to be shocked with the level of care she put into her mom's bags, or shoes, or jewelry, I always thought it was "just a bag" or "just a pair of shoes" but it took me until recently to realize that it could've been an old ripped t-shirt and she would've cared for it the same way. Her world views are drastically different from most peoples' and it makes it very difficult for most people to relate to her, I don't blame them honestly, they just don't know her or her story. There's no "right" view, everyone just has a sequence of events that shapes them to be who they are.

She's not perfect, none of us are.

Now, I'd like to touch on her strengths. But I want to focus on just one — being a caring person & mother — it's the most important one, and her biggest strength.

Earlier I mentioned how she would do anything for the people that she loves, and she would. She is the person that you could call at all hours of the night in an emergency, and you know she would be there for you without even asking questions. She's more than caring, she thinks about the little things beyond the little things. To the extent that it may seem trivial, but to her it matters, because if she has the ability to make you 1% happier, she'll go to the moon and back to do it. Sometimes it shocks me the extent that she'll go just to try to make me or my sister just a little happier.

I always text my mom a picture of a goat, and that represents a GOAT, Greatest Of All Time. This makes you think, Michael Jordan, Tom Brady, Tiger Woods. This is how I view my mom as a mother, the GOAT. I could not ask for a better mother than her. Yes she has her flaws, I even outlined them above, but she's the most incredible mom I could've ever asked for.

Throughout her terrible divorce, she always made my sister and I feel like everything was going to turn out great. My mom managed to always keep a smile on my face, no matter how dark the times were, she was always there for me, making sure everything was ok. You can't put a price

on that, you can't quantify showing up for your kids in that way. She would sit and keep me company as I did my homework and just having her there meant the world at the time. It may seem insignificant, but I think that's what parenting actually is. Guiding your kids through terrible times, making sure they know they have the backing and support they need to make it through, and helping them through to the other side.

She was like a shield for me and my sister, always protecting us from negativity. She's been relentless with this — since the day I was born, up until the moment that I'm writing this, and forever into the future, she will always be that shield.

Sometimes I think to myself that it's time for me to be that shield for her. I call and text every day, I visit her for weeks at a time, but unfortunately there's nothing I can do to help her as it relates to the trial. It makes me think, how did this even happen? If you told me five years ago that my I would see, United States of America vs Nadine, I would've laughed. My mom? Convicted as a foreign agent?! The absurdity is hard to believe — and not that she didn't do anything wrong — but when it's your *mom* in the news getting charged as an international spy. I have to say, it's pretty insane to process. Anyone that knows her can't believe it's even real life.

I'd like to say one last thing, as it related to this whole situation. I'm not a lawyer, or a judge, and I have no experience in this field whatsoever. But the way that I think of my mom's trial is as follows, it's best described in an analogy so bear with me for just a few more sentences.

In a hypothetical situation, let's say someone had a gun but didn't have any bullets. They could theoretically pull the trigger at whatever they wanted and there would be zero consequences because they don't have any bullets. The key is, they need bullets to cause damage, without them, the gun is just a paperweight. I think this translates closely to her charges. My mom has no power (no bullets), she can do and say anything, but at the end of the day, without the power, her words mean nothing, they're like a gun without bullets, just a paperweight. You need power in order to follow through with the crimes that were committed. Again, I want to make it clear that I'm not saying she didn't do anything wrong — I have no experience in this field, I have no idea how the details work. But just thinking out loud, I think the analogy makes sense, maybe it doesn't, I don't know.

I'm not going to close this letter by asking for something. My intention was to simply to try to get you to know who my mom really is, and that's what I've tried to do (without writting a novel).

I know you're a great judge with an incredible reputation, I have faith in whatever decision you end up making for my mom's sentencing.

Thank you again for taking the time to read this.



# EXHIBIT C-3

Thursday August 7, 2025

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Judge Stein,

Thank you for allowing my mother, Nadine, to be part of my wedding. You graced me with her presence on the most important day of my life so far, and for that, I am eternally grateful.

I only hope that she will be able to share more everlasting memories with me in the near future, but I can't help but ask myself - *how did we get here?*

How does a middle-aged woman with little to no prior work experience get convicted of fraud, obstruction of justice, and bribery? Would you have hired her to do the job? Would it be outrageous to say that of the group, she's the least qualified to have been the "mastermind behind the scenes"?

I understand the need to serve justice, the need to make an example of this case, and the need to set the tone for whoever tries to follow in the convicted members' footsteps. But a 58-year old mother of 2, suffering nuclear grade 3 breast cancer, repeatedly denied access to basic needs such as having an active bank account or credit card, tainted by the media and isolated from friends and family as a result of it, robbed of personal items from her home unrelated to this case, and a husband in prison may be enough punishment for generations to come.

Would you disagree?

Honorable Judge Stein, I am not negating what she's done, whether or not she was aware of it, nor am I asking you for forgiveness on her behalf. I am only hoping that this letter sheds light on a silenced narrative so you understand who is sitting across from you on September 11.

A simple housewife, from a modest home, with two grown kids. That's Nadine. That's the mother, sister, daughter, and woman you haven't met in the silo of this case. She would give you her last dollar, the shirt off her back, and trade her peace for your comfort.

Honorable Judge Stein, I had a rough time when I started college. My new environment far from home took a toll on me beyond those first few days - but my mother was there with me through it all. I spent my freshman and sophomore years at Syracuse University, partially. I scheduled classes Monday through Thursday to optimize being able to come home on the weekends.

**Believe it or not, Nadine drove every Thursday from Englewood Cliffs, NJ to Syracuse, NY to bring me home for the weekend.**

Would anyone in their right mind do that so their daughter wouldn't feel alone? Probably not. But she did.

**She drove 520 miles there and back on Thursdays and 520 miles there and back on Sundays - every week. That's 1,040 miles and 16 and a half hours of driving every weekend in a rear wheel drive car heading to Syracuse, NY through the winter months.**

Rain, shine, sleet or snow, she showed up every Thursday. She didn't care how much the gas cost, or how much wear and tear was being put on the car. All she wanted was for me to know I wasn't alone in a place far away from home.

Is this an outrageous thing to do for your kid? Sure. But this is who she is. *This* is the woman sitting before you, in your courtroom. Honorable Judge Stein, Nadine has always put others' needs ahead of her own. She would do anything to make the people in her life happy, and unfortunately, in this case, it came back to bite her. Blindly, she became a cog in this machine.

Honorable Judge Stein, would it be cynical for me to assume you've made up your mind about my mother's sentencing? Probably not.

Would it be indecent of me to ask that she get a fighting chance to redeem herself outside of prison? Maybe. But I'm asking.

While I haven't been in your courtroom, I have been home helping my mother recover. Watching bags of blood and fluids drain from tubes in her chest as she works on her case. It's devastating and at times unbearable to watch. I wouldn't wish this on anyone. Agonizing pain, recurring doctors visits, misleading hope, and a complete sense of apathy has taken over her.

**It's heartbreaking and I wish I could save her from it all, the way she saved me.**

Honorable Judge Stein, would you be opposed to giving my mother house arrest and sparing her from being made an example of for the sake of this case?

/s/ ████████

# EXHIBIT C-4

August 11, 2025

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Your Honor:

I am writing on behalf of my friend Nadine, whom I met in college in 1986. We weren't one-on-one close friends, but I knew her through a small clique of friends. We often studied and ate dinner together in the student cafeteria as a group. I was aware of Nadine's Armenian background and that she and her family fled the civil war in Lebanon when she was a little girl. Her family expectations for her were a part of who she was. In particular, she had an Armenian boyfriend who did not go to school with us, but who lived in New Jersey. It was my understanding that their parents were friends, and their relationship was somewhat arranged. Other than our small group, I do not remember Nadine having many other friends at school.

Her boyfriend proposed to her around the time we graduated. They asked me to be a groomsman at their wedding, which surprised me as I did not think we were *that* close. Even at the time, I felt that it reflected a certain sense of Nadine's isolation more than my importance to them.

After college, we drifted, as college friends often do. Nevertheless, Nadine and her husband joined three of our other college friends and their spouses at my wedding in Chicago. Chicago in January is not anyone's idea of a destination getaway, and I appreciated the show of support from Nadine. Right after my wedding, I moved back to New York City, and we continued to have couples' dinners for a bit. But then, Nadine drifted again. I believe now that part of the reason for the lost contact was because she was experiencing problems in her marriage that ultimately resulted in an acrimonious divorce. The rumor amongst our friends was that her husband cheated on her and took all of the equity out of their home for himself without her permission, leaving her with almost nothing to raise her two children. It was not the kind of thing I felt comfortable inquiring about directly.

1

Years later, I was living in northern New Jersey, and Nadine and I started bumping into each other. She would be out with her two children, and we would share the ups and downs of parenting. I could tell that it was difficult for her to be on her own.

More recently, only a few years ago, I met her while I was grocery shopping with my youngest daughter. Nadine looked terrible. She told me that a former boyfriend had beaten her, and that she had just come out of the hospital where she had been recovering for the past few days. I have a memory of her showing me stitches on her scalp. Sometime later, I think she also told me that she eventually got a restraining order against him but that she was still afraid he would attack her again.

Another time we met when I was taking my father and family out to breakfast. This was the first time I met Senator Menendez. I saw him paying a bill at the front register of the restaurant, and I approached him. I introduced myself, thanked him for his service to New Jersey, and ran back to my table to tell my wife that I had seen our Senator. As she peered at his table, my wife said to me, "look who the Senator is sitting with." It was Nadine.

Following her marriage to Senator Menendez, Nadine seemed calmer and happier than I had seen her in a long time. The two of them were affectionate with each other at a dinner we all had together. It was sad and difficult to learn about both the legal and health troubles that she has faced this last year, a period in which she has suffered intense physical pain and severe emotional distress.

Although I think of Nadine as reserved, I have always felt that this flowed from her desire to "do the right thing" publicly, in a cultural sense of wanting to uphold her family's "honor." As an individual, I know Nadine to be a kind person, a doting mother and attentive daughter. I also believe her to be loyal to and supportive of the few people she calls Friend. I have no recollection of her ever getting into trouble in college or thereafter. As far as I know, she really dedicated her life to raising her children and more recently sharing the care-giving role with her sister of taking care of their father.

Reflecting back on the many years I have known Nadine and the few things I have learned about her, it seems to me that she has always taken a subservient role to the men in her life. This may have come from her cultural background and/or the trauma she suffered at a young age fleeing her homeland. I don't know. She dated and married the boy her father wanted her to. She was then submissive to him right up until the point he took advantage of her. She dated a man who severely beat her. She allowed herself to be taken advantage of by her supposed old friends who ended up being her co-defendants. I think Nadine was

naïve. She was not experienced at being a senator's wife and had no life experience that would have prepared her for this. The Senator should have told her if she was getting anywhere even close to an ethical line. I believe she followed his lead.

Nadine has been portrayed in the press as a money-grubbing criminal mastermind who manipulated the Senator. While such a story line may get more clicks, that is not the person I know. Nadine is sensitive, kind and gentle. She isn't pushy. If anything, she is too passive. She has also, prior to her relationship with Senator Menendez, frequently seemed isolated and vulnerable. Her family lived in Long Island, New York, but she was raising children by herself in New Jersey, following her bitter divorce.

There is nothing in her past that I know about that would indicate she believed she was doing anything wrong. She was put in a position where she was taken advantage of by those whom she trusted and other powerful men she did not even know. I ask the court to show compassion and to return her to her elderly father and children. She is not a threat to anyone. Please let her continue to be a good daughter, mother and hopefully grandmother.

Thank you for your consideration.

Sincerely yours,

Brent Burns

3

# EXHIBIT C-5



$\mathscr{C}$AROL $\mathscr{D}$OMINGUEZ

August 8, 2025

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: Nadine Menendez

Dear Judge Stein,

I submit this letter as Nadine's friend.

As a member of the Office of the Federal Public Defender for the District of New Jersey for over 25 years, including over 17 years as an Assistant Federal Public Defender,  I respect and honor the judicial system and the decision Your Honor must make to ensure justice is served.  Therefore, it is with upmost respect for the rule of law that I write this letter from the perspective of a friend.

I knew Nadine Arslanian well before she became Nadine Menendez.

Twenty years ago, Nadine was divorcing her first husband who had left her for her best friend.  In the blink of an eye, Nadine became a single mother struggling socially, emotionally, and financially.  Jarred by this dual betrayal, Nadine had to quickly suppress her own emotions to be strong for her children, ███████████  Meanwhile, the children were angry at the world because they no longer had a nuclear family and their life was dramatically different. Nadine had to pick up the broken pieces and be a mother and father.

It was a very testing time.  Nadine was making a dollar out of two dimes to provide for the children while commuting to New York on a regular basis, to tend to her elderly parents. Her car

was constantly breaking down, her house was under foreclosure, every job prospect was nixed by the challenging needs of the children's schedules. All the while, she was battling with depression – she lost her husband and best friend and many other friends who had been their mutual friends. While Nadine's ex-husband took on a new wife and family, ███████████ were cast aside and Nadine weathered it all as best as she could but never, ever, did she prioritize anything above her children.

Nadine is a dedicated, loving, beautiful mother. I recall so many times we met up and sure enough, Nadine showed up with ███████████ – they were the sweetest kids and did not want to be away from their mother for a minute (we knew they feared losing their mother like, they had lost their dad). And the children were adorable and made a joke of everything because after a while, Nadine had made light of the domino line of their continued bad luck with humor; they hated their car which, was cursed and cursed them – that explained why they were late to this or that, or why ████ lost a game, or why Nadine opened the kitchen faucet and it broke… They learned to take life in stride and laugh and love each other more. I can never forget how they clung to Nadine, slept in her bed (for years and years) and felt seen and loved by their mom.

When ████ turned 8 or 9 or 10, Nadine could not even afford to get her a birthday cake. A few friends and I had made plans to go bowling. Of course Nadine could not come but we insisted that Nadine bring the kids bowling with us and we'd cover it all and just make believe it was for ████. When Nadine showed up with the kids, ████'s little face was that of shock. We had ballons, a birthday sign, and a bunch of birthday things to make it a bowling party. Nadine was just as stunned. ████ was initially stoic but then turned to her mother and said something like, "I thought you said you could not afford a birthday party for me, Mom?" And we all laughed. We all convinced ████ that her mom had conjured the entire thing. ████ walked on air and we all enjoyed that night tremendously. Nadine promised to pay me back for the decorations and all, I told her she was ridiculous because I had gotten everything from the Dollar Store. Nadine had no idea what a Dollar Store was. Sure enough, since then and every so often, when she shops at a

Dollar Store or drives by one, she reaches out to me. We laugh almost as hard as we did the night of ██████s bowling birthday party.

The sacrifices Nadine has made for ████████████ are immeasurable. I specifically recall one time when ██████ was a teenager and she demanded, for dinner, a burger from a restaurant that they loved but could not frequent. This was over 15 years ago but even then, a burger was $17. Nadine picked up the burger but all she had was $30. She kept focusing on how she would stretch the remaining $13 for a few days. Meanwhile, all I could focus on was that she drank water with honey for days and days on end so that, the kids could have what they needed. And if you treated Nadine to lunch or dinner, she would wrap it up to go, for later. Notably, Nadine never mentioned it, never rubbed it in the kids' faces, and instead brushed it off as simply not having an appetite. Nadine literally, gave up eating so that her children did not do without. And the look on her face when the kids had the simple things they wanted - priceless. There are so many other examples of the sacrifices Nadine has made as a mother to provide, protect, and love ████████████ – all of which, I have admired.

Nadine is a wonderful friend. Her advice, her understanding, her humor, her faith, her kindness, her thoughtfulness… are all a testament to her heart. I am here for her, always.

It is for this reason and more, that I write to help describe the Nadine I know.

It is my hope that this tiny glimpse of Nadine, allows Your Honor to see a dimension of Nadine that far exceeds this case which, is not the sum of her and who is worthy of considerable leniency.

Sincerely,

Carol Dominguez

# EXHIBIT C-6

Alexander Duran

█████████████
███████████████

August 13, 2025

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: Character Reference for Nadine Menendez

Dear Judge Stein,

My name is Alexander Duran, and I am writing this letter to offer a character reference for Nadine Menendez. I have known Nadine for over 4 years, having first met her through the Senator Menendez, I have known her to be a very loyal and supportive wife and a loving mother and a smart woman always willing to be supportive and be part of her community. Over this time, I have come to know her as a kind, dependable, and devoted and loving individual.

Nadine has always exhibited strong moral values, compassion for others, and a deep sense of responsibility—especially in her role as a mother and daughter. She consistently puts her family first, providing unwavering support and love for her children and parents alike. I have seen firsthand how she handles difficult situations with grace and accountability. She is not only a nurturing mother but also a loyal friend and someone who others naturally turn to for comfort and guidance.

I sincerely believe Nadine is a good person at heart who has made efforts to be a positive influence in the lives of those around her. She is not defined by her current circumstances but by the character and kindness she continues to show.

I respectfully ask the Court to show compassion in its judgment of Nadine. Thank you, Your Honor, for taking the time to consider my thoughts and perspective.

Sincerely,

Alexander Duran

# EXHIBIT C-7

August 11, 2025

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Honorable Judge,

My name is Marilyn Durán and I am a wife to my husband for thirty-seven years and a mom to our three adult children. I am an educator who worked in the public school district for 30 years as a teacher, Principal and Director of Central office. I am currently the Director and owner of an Early Childhood School and have had the school for 8 years.

I am writing to respectfully offer a character reference for Nadine Menendez, who is currently before the court for sentencing.  I understand the seriousness of this matter and do not seek to excuse any wrong doing. However, I hope to provide some context about Nadine Menendez's character and the positive qualities I have personally witnessed.

I have known Nadine for approximately four years in my capacity as a friend. My husband and I have been good friends with her husband, Senator Menendez for many years. In the last few years that I have known Nadine she was always sweet, kind, smart, strong and a wonderful and loyal wife to the Senator. During the times that we socialized with her she was always respectful, generous and charismatic.

During the challenging Covid days she was very protective of her husband and drove him back and forth on a daily basis during his times of service as a Senator.

Nadine is family oriented. She is a loving and supportive mom to her two children and also makes it a priority to visit her elderly sick dad to make sure he is well cared for.

Nadine and I have very frequently discussed our faith and have prayed together during these difficult times where she was not only on trial, but coping with her breast cancer and many surgeries.

I understand that the court must consider many factors in determining a just sentence. I simply hope that my perspective helps show that Nadine Menendez is more than the actions that brought her before this court. I strongly believe that she had the potential to contribute positively to society and to learn from this experience.

Thank you, Honorable Judge, for taking the time to read this letter and consider my thoughts. I deeply respect the role of this court and the seriousness of your responsibilities.

Sincerely,
/s/ Marilyn Durán

# EXHIBIT C-8

Nikole Juliano



The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007–1312

**Re: Letter of Support for Nadine Menendez**

Dear Judge Stein,

My name is Nikole Juliano, and I have had the privilege of knowing Nadine Menendez for approximately six years through my work at a salon. Over my career, I have touched hundreds of heads — many of them every single week for years — and yet Nadine stands out in a way very few people do. She not only remembers to ask how I am doing, but she remembers the names of my family members, their stories, and the small details of my life. That level of care and genuine interest is rare, even among people I see far more frequently.

Nadine is a caring and compassionate woman whose kindness extends far beyond polite conversation. One moment that will forever stay with me happened when she told me about being in Lebanon and seeing a young boy steal a banana from a market. The vendor yelled at him, and Nadine, clearly moved, asked her cab driver to stop. She followed the boy and discovered him feeding the banana to his infant sister. Without hesitation, she went to buy formula and other necessities to help the children. When she recounted this story to me, she cried — not out of pity, but out of deep empathy and a desire to help those in need.

This is who Nadine is at her core — someone who notices others, remembers their stories, and acts when she sees someone in distress. Her compassion is not performative; it is consistent and heartfelt.

I respectfully ask the Court to take into account the person I have come to know over these years — a woman of kindness, empathy, and generosity — when determining her sentence. I believe Nadine still has much to give to her loved ones and her community, and I hope she will be granted the opportunity to continue doing so.

Thank you, Your Honor, for considering my perspective.

Respectfully,

*Nikole Juliano*

Nikole Juliano

# EXHIBIT C-9

The Honorable Sidney H. Stein

United States District Judge

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007-1312

Dear Honorable Judge Stein,

I am 14 years old. My name is A███ M███████. I have known Nadine from the day I was born as she is the sister of my mother and my aunt. Since I was born Nadine has always been a very important and present part of my life. We have a strong bond together.

I remember the first day that the news broke out about this horrible situation, I was in school and I saw her picture on the television and I got so scared and called my mom. I was so embarrassed because kids would say, isn't that your mother's sister? My aunt grew up in my neighborhood so their parents know my aunt. Until today, I am scared kids will make fun of me especially if you decide to send her to prison.

On holidays, we would either go to her house or she will come to ours always asking what it is I would like for the occasion. My aunt Nadine spoiled my sister and I because we would celebrate both Christmas and Hanukkah – my dad is Jewish so we celebrate both holidays all together.

My aunt has always been there to support me and my sister. Every year, I remember for my sister's Girl Scout Cookie fund, my aunt Nadine would buy as many boxes as she had to, to help meet the target and she would give them her friend's children and neighbors. She also takes lunch for her police department in New Jersey sometimes and drops it off to them. She says she has the best police department. I think it's because her police department used to look out for my cousins when they were little.

I remember me and my mom were in New Jersey and we went food shopping with my aunt Nadine. When we came out, there was a firetruck and they were collecting food. My aunt went back into the supermarket and bought a shopping cart full of food and she went back out and was giving a bag to the fireman and he thanked her and she turned around and said wait! wait I'm not finished. She had bought all seven bags of groceries for the firefighters collection for the needy.

Another time, she came to our house early on Sunday and went food shopping so she could give it to my grandfather's church as donations for the needy. She comes from New Jersey and meets my grandpa at church on Sundays.

Talking about others and what my aunt Nadine does for them, I recall her telling my sister and I stories that she volunteers at the hospital to help children dealing with serious illnesses like cancer. She was doing that for many years before she got cancer.

She always wants to help others and spread her pure heart to others in need of support, care, and being caring and reliable companion.

She does so much for others and never looks for a thank you, just the positive impact on other people was enough for her.

I remember during Covid my aunt Nadine would drive an hour each way just to see my grandpa, her dad, for five minutes from the window or the back door and they would wave at each other. They would both cry and she would drive back to New Jersey.

Sometimes, my mom would ask my dad to go to the front door and bring in the groceries that my aunt Nadine had dropped off early in the morning. My aunt Nadine would buy cases of Ensure for my grandpa, rice, pudding, Jello, coffee ice cream that she would put

with ice packs in a lunchbox so it doesn't melt on the drive. My grandpa does not have a lot of teeth. They are falling out so he cannot eat normal food like us.

She will get toilet paper and once in a while, Lysol spray when she would find it and she would text all of us that she was so happy she found a can and to use it only in my grandpa's room because he is so old.

Judge Stein I hope that my letter will help you understand that my aunt Nadine has a good heart at the end of the day. Based off of my personal view, I think it will be an injustice if my aunt goes to jail and I don't know who will take care of my grandpa.

Judge Stein, I was in your court one day and I saw you in the cafeteria when I was ordering a sandwich. I will come again to my aunt's sentencing because I love her so much.

I want to sincerely thank you for taking time to read my letter. I pray every day that you will not take my aunt Nadine away from me and my sister and also my cousins. Please, I beg you! Please have mercy on my aunt Nadine, Judge Stein.

Thank you,



# EXHIBIT C-10

The Honorable Sidney H. Stein

United States District Judge

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007-1312

August 3, 2025

I am writing this letter in support of Nadine Menendez, who is my sister-in-law. I first met her in 2008, and from our very first interaction, I was struck by her kindness and warmth, even as she was going through a very difficult chapter in her life. Having been recently divorced, she shouldered the full responsibility for raising her two young children, then around six and eight years old. Despite the emotional and logistical challenges she faced, it was evident that she was an incredibly dedicated and loving mother, focused entirely on the well-being of her children.

Over the years, I have come to know Nadine not only as a devoted mother but also as someone who consistently places the needs of others above her own. She has been a committed wife in both of her marriages and has always carried herself with compassion and generosity—qualities that define her character in every way. Among her most notable attributes is her deep love for children and her unwavering commitment to helping others, particularly those who are most vulnerable.

Nadine has dedicated significant time volunteering at Hackensack Hospital, where she served as a board member. During the holidays, she went above and beyond by organizing gift drives for children with cancer, personally delivering presents during Christmas and Hannukah, to bring them moments of joy and comfort. On Halloween, she would dress in costume and bring candy and toys to the children to lift their spirits. Her compassion doesn't end there - she routinely donates clothing and other essentials to charities supporting orphans and families in need.

Raised in a traditional household where family, culture, and values were paramount, Nadine embodies the principles she was brought up with. I am proud to be part of a family

that holds her in high regard. She was the primary caregiver for her late mother, faithfully taking her to medical appointments and staying by her side throughout many hospital stays during her prolonged illness. Since her mother's passing over a decade ago, Nadine has taken on the responsibility of caring for her elderly father, who is now 95 years old and in declining health. She organizes his medical care, shops for his needs, prepares meals, and ensures he is never left feeling alone or neglected - specially given my wife's full-time work schedule.

More recently, Nadine has endured immense personal hardship. She stood unwaveringly by her husband Bob throughout his legal trial, serving as his source of strength and emotional support—even as she faced the prospect of her own trial and battled a breast cancer diagnosis. She made every effort to shield her children, who live out of state, from the weight of her struggles. In the midst of her own pain, she remained composed and present for those she loves.

While Nadine is someone who tries hard not to burden others with her pain, it is evident to those of us who know her well that she is deeply wounded by recent events. She carries shame, regret, and sorrow, yet continues to uphold her desire to protect others even at the cost of her own well-being. Despite her outer strength, she is a woman who has felt isolated, judged, and ridiculed. I share this not to garner sympathy, but to offer a fuller picture of the human being behind the headlines - someone who has demonstrated love, loyalty, and sacrifice time and again.

I do not expect Your Honor to know Nadine as I do, or as those closest to her do. However, I respectfully ask that you consider her true character - a woman whose actions, I firmly believe, do not reflect the heart and soul I have known for nearly two decades. Her life has been one of service, devotion, and quiet strength. I hope this letter provides some insight into her humanity, her vulnerability, and her deep remorse.

Thank you for your time and thoughtful consideration.

Sincerely,

Geoffrey Manicone

# EXHIBIT C-11

[LETTER RECEIVED VIA CORRLINKS]

August 4, 2025

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Stein,

I write to you on behalf of my wife Nadine Menendez, ███████████████████
█████, who will appear before you for sentencing on September 11,2025.

At the outset let me say that Nadine is not the person who Prosecutors, or for that fact, what the
Defense Attorneys made her out to be.  She is a kind hearted, caring, compassionate woman,
who deeply cares about others, especially children, and who has gone through a lot of trauma in
her life. While you sat for several weeks in her trial, and two months in mine, you really don't
know the woman you will be sentencing.

For starters, I regret that I didn't fully preview what my Defense Attorney said about Nadine
during my trial and in his summation. To suggest that Nadine was money hungry or in financial
need, and therefore would solicit others for help, is simply wrong.

Nadine came from a wealthy, prestigious family in Lebanon, who fled the civil war there and
eventually came to the United States. While they left much behind, they were also able to bring
much with them.  The suggestion that she was an "empty suit" is also wrong, because she has
two degrees from New York University, including a Master's degree in International Politics and
helped her former husband build a successful real estate development business, that developed
large tracts of land in western NJ. In this role, she was largely responsible for coordinating the
work of subcontractors on the job, meeting with potential buyers and real estate agents selling
the developed homes  in the different subdivisions.  She subsequently raised two great, well
mannered, caring, polite kids.

Financially she received over $1million dollars in alimony and child support from her divorce as
well as having the financial support of her family.  The problems referred to in her case about her
mortgage arrears and payments for the car, was as a result of being concerned about a potential
law suit, as a result of an automobile accident, not out of financial duress.  The decisions she
made to insulate herself from that liability were mistakes.

The jewelry she possessed, which the Government confiscated and has not returned are largely
those of her late mother and family, for which she has provided dated pictures and receipts that
preceded the case.  Not only was there NO evidence, at either trial, to suggest otherwise, but in
fact Mr.Monteleoni said on the record, "This case is not about jewelry!" It therefore begs the

question as to why the Government has not returned it and also counters the assertion, by some of the Defense attorneys, that she sold jewelry to maintain herself.

What Nadine has had in her life is a lot of traumatic events that have effected who she is. At a young age, she suffered the consequences of a civil war in Lebanon, running to bomb shelters, leaving her home, having her father abducted and held captives for a $1million ransom, that her mother traveled with to rescue him, and then after that being uprooted from the life she knew in Lebanon to escape first to England and then to the United States. She would often tell me about how she would have to speak quickly and get everything she wanted to say in, because communications between her and her parents were limited for a time in which they were separated. She had nightmares about the children she saw dying, as they picked up explosive devices they thought were toys, detonate.

It was seeing the plight of these children that later drove her to collect clothing, walkers and canes...and send these supplies to Armenia, the country of her family's heritage, at her own cost. Here in the United States, her passion for helping children, lead her to become a Board Member of the Hackensack University Children's Hospital Advisory Committee as well as Co-Chair of the Hackensack University Medical Center's Autism CAN initiative.  Nadine was also co-chair of the Gregory Hirsch Heart Foundation where she raised funds for the Pediatric Center for Heart Disease.

Unfortunately, Nadine was not finished with the trauma she would endure. She suffered an abusive relationship with her ex-boyfriend, that constantly belittled her, made her feel insecure, inferior and unworthy. This physically abusive relationship ultimately lead to a severe beating, where she was taken to the hospital, was unconscious, ultimately permanently losing her sense of smell and taste.

Nadine also suffered a brain fracture, brain contusions and  lesions that have not fully healed. Her ex would follow her, and even stalked us when we were dating, hanging out, for example where I lived, when we were dating, and verbally assaulting her in my presence. Both Nadine and her friends told me she was never the same again.

After these traumatic experiences Nadine was looking for the affirmation and approval of others. In doing so, I found her always wanting to help people with the requests that came her way.  As a results she was often taken advantage of. Even with the best intentions, sometimes you just have to say no. She found that hard to do.

Of course that was not the end of Nadine's challenges. As Your Honor well knows, Nadine suffered Breast Cancer, had a mastectomy and then reconstructive surgery.  While she has been cancer free for one year, she may  need some follow up reconstruction procedures. But I can tell you that the mental toll it has taken is enormous.  Her physical self esteem has now been battered along with her personal self esteem. And all of this in the middle of a trial. Stress is an aggravating factor in Cancer and God knows she has had plenty.

It is regrettable that in her defense, not a piece of evidence was introduced to prove, among other things, her economic wherewithal, her education and experiences to perform a job, the way in which others took advantage of her willingness to help them, without compensating her, in the

2

way one would normally be compensated in business for their work, or about the trauma she suffered that affected her thinking and judgment.

Taken as a whole, my wife has already suffered more than most people in a lifetime. She has lost everything she cared about. I am incarcerated, no longer able to help her and be her caregiver. She has lost her charitable work and standing socially, as well as undergoing family strife as a result of the Government's actions in taking family possessions and having their accounts closed because of the Government's inquiries.

Your Honor, you gave me a tough sentence that surely serves the deterrent value you said was needed. To imprison Nadine, would not recognize the trauma she has suffered, how it has affected her and her judgment, and I would respectfully say would not have any greater deterrent effect.

She has been punished greatly in her life. If Justice tempered by mercy is to mean anything, Nadine should not be imprisoned. There are more compassionate and equitable sentences that she could face and serve the cause of justice. I ask Your Honor to do just that.

Thank you for the time and attention you've given my letter.


Respectfully yours,


Robert Menendez

Allenwood Federal Correctional Institution

#67277-050

# EXHIBIT C-12

Honorable Sidney H. Stein

Daniel Patrick Moynihan

United States Courthouse

500 Pearl Street

New York, NY 10007-1312


Re: Letter Of Support for Nadine Menendez

Dear Judge Stein

Your Honor,

My name is Mateo Perez and I am a U.S. Citizen that came from Cuba and have lived the American dream as a business owner who has put three kids through college. I am writing to you on behalf of Nadine Menendez who is currently before the Court for sentencing. I have known her for 5 years as the wife of my friend Robert Menendez and have had the privilege of witnessing firsthand her character, resilience, and compassion for others.

Nadine Menendez is someone who has not only endured extraordinary personal challenges, including battling cancer, but has also chosen to use that experience to give it back to the community. Despite the difficulties she faced in her own health journey, Nadine Menendez has volunteered countless hours at Children's Hospitals bringing comfort, hope, and encouragement to children and families during some of the most difficult moments of their lives. She is also a kind daughter who took care of her ailing father.

During Covid, Nadine Menendez was driving her husband to Washington DC and back every week so he does not take the train . I never heard her complain once. She would wear her mask and gloves and go to the supermarket by herself for her house and for her father.

In my experience, Nadine Menendez lives with humility, empathy, and a genuine desire to make a positive difference. She has touched many lives with kindness, whether through small acts of compassion or consistent dedication to helping those in need.

I understand the seriousness of the matter before the Court and do not minimize the circumstances of this case. However, I respectfully ask that you also consider the person behind the offense—the same person who has shown remarkable courage in the face of illness and an unwavering commitment to helping vulnerable children. I believe Nadine Menendez has the capacity and willingness to learn from this experience, to make amends, and to continue being a positive force in our community.

Thank you for taking the time to consider my perspective. I trust in the Court's wisdom and fairness in weighing all aspects of Nadine Menendez's life and contributions.

Respectfully,

Medardo Perez

August 10, 2025

# EXHIBIT C-13

To:

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Sidney H. Stein,

My name is James Petrocelli and I reside in Norwood, NJ. I am writing this letter to discuss my experience with Ms. Nadine Menendez, whom I have known for nearly eight years. We met through our mutual affiliation with Hackensack University Medical Center, where I did my medical school training and Ms. Menendez sat on the board of the children's hospital. She was a fixture at many of the philanthropic and social events associated with the organization. She was a kind, sensitive and empathetic person that always expressed a great interest in the people around her, and we developed a friendship. Throughout the years, I have spent time with her family, met her children, and attended her wedding.

One trait that is remarkable about Ms. Menendez is that she always checks in on friends during difficult times. When my grandmother passed away four years ago, she reached out to me constantly and provided a great deal of comfort. Several of our mutual friends have similar experiences. Additionally, she would always offer herself to be present at hospital visits of friends and genuinely seemed interested in being helpful in any capacity.

In conclusion, Your Honor, I humbly ask that you consider my words about Ms. Menendez when issuing her sentence. She has gone through an extraordinarily difficult time, especially in light of her grueling battle with cancer. While she may be imperfect, I truly believe that she is a kind, compassionate and empathetic person that is motivated by goodwill and can be a valuable member of society. Nevertheless, I have the utmost respect for the justice system and your subsequent rulings and decisions.

Yours Sincerely,

James Petrocelli

# EXHIBIT C-14

Michael Politopoulos
Chattanooga, TN

August 7, 2025

Hon. Sidney H. Stein
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Stein,

I have known Nadine Arslanian-Menendez for over twenty years, and she and her husband, former US Senator Menendez, are close friends of mine.

I understand that Your Honor is about to impose a sentence on Nadine. My purpose in writing this letter is to share with the Court my view of Nadine as a kind and gentle human being, a wonderful mother to a son and a daughter, a faithful friend, someone I know to harbor no malice. Whatever she did or did not do in this case, I ask that Your Honor not lose sight of the fact that Nadine has no prior history of violations of the law. Over the past two years she has suffered immensely as a consequence of the legal charges brought against her and her husband and his recent incarceration, as well as her own personal battle with cancer. She is in a deep state of depression.

Thank you, your Honor, for taking the time to read this brief letter I write for my friend, and I pray you will be lenient when deciding Nadine's sentence.

Respectfully yours,

Michael Politopoulos

# EXHIBIT C-15

Donald Scarinci

████████████

Allendale, NJ 07401

August 8, 2025

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan  United States Courthouse
500 Pearl Street
New York, NY 10007–1312

Re:     Sentencing of Nadine Menendez (Docket No. 23-cr-490)

Dear Judge Stein:

I write as someone who has come to know Nadine Menendez and witness firsthand the care and transformative support she extends to those around her.

Though I have known her for less than a decade, I had the honor of serving as best man at her wedding to Bob Menendez in 2020. In that time, I have seen a woman of grace, resolute strength, and deep empathy. Nadine's unwavering devotion to Bob—even amid extraordinary personal and public challenges—made it clear that she genuinely brought him happiness and comfort during a difficult chapter in his life.

I am particularly moved by Nadine's courageous struggle with breast cancer—a battle that not only delayed the scheduling of her trial but required substantial medical intervention and recovery. From the moment of diagnosis, Nadine faced her treatment with remarkable fortitude. Hearing of her resolve to endure chemotherapy, surgery, and the emotional toll that accompanies any serious illness, I cannot help but feel that her medical journey has reshaped her perspective—and that her spirit remains fundamentally one of compassion and humanity.

In my view, a compassionate approach toward her sentencing would be fitting. With her health, treatment, and the emotional and physical burden she continues to bear, she may benefit more from alternative or rehabilitative measures that allow her to focus on recovery, maintain important personal connections, and contribute positively in other ways going forward.

Thank you for considering these reflections. I deeply respect this Court's responsibility to weigh all factors equitably, and I appreciate your thoughtful consideration of Nadine's personal circumstances and her medical condition as part of that process.

Respectfully submitted,

*Donald Scarinci*

Donald Scarinci

# EXHIBIT C-16

August 4, 2025

The Honorable Sidney H. Stein

United District Judge

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, New York 10007-1312

Dear Judge Stein: My name is Rosemarie J. Sorce and I was born and raised in North Bergen, New Jersey until I married my husband Santo (aka Sandy) 51 years ago. We settled in Hackensack, New Jersey and have worked together in our family owned business Sorce Companies, a real estate development company, which was transitioned to a management company for our industrial warehouses in Middlesex and Mercer Counties.

I met Nadine Arslanian Menendez about 10 years ago through a mutual acquaintance and we became friendly from the start because of her gentle demeanor, wonderful and caring attitude, her upbeat optimism, unselfishness, kindness and compassion to others and her smiling face. Her alleged involvement in the events that has led up to this point took me completely by surprise.

Nadine offered to volunteer her time, talent and treasure to assist me as an advocate for the mission at the Joseph M. Sanzari's Children's Hospital, housed on the campus of Hackensack University Medical Center, which I have chaired for over 16 years. Nadine worked closely with me as a member of that Advisory Committee helping to develop quality health care for our youngest vulnerable patients. She spent countless hours with me and a few friends visiting the children in costume (Halloween, Christmas, St Patrick's Day, Easter and the Fourth of July) distributing candy, crossword puzzles, Sudoku, coloring books, crayons to the children, parents and doctors and nurses at the JMSCH. We also visited the patients in the transfusion areas on every floor and in the waiting rooms at John Theurer Cancer Center, also housed on campus, The patients were thrilled seeing us bringing smiles and joy to their faces.  They were very appreciative but we got so much more  by feeling emotionally charged with the experience.

Nadine has a "good heart". In January of 2020 I had bursa surgery on my knee  but did not want to tell her because it was minor surgery and I had to be at the medical center by 6:00

am and knew that she would be there to support me. When I arrived at 5:45 am she was already

there waiting for me after going to her church to say a prayer for my speedy healing. A steadfast friend.

My mother was diagnosed with dementia the year before and I invited a few of my closest friends to a luncheon with my Mom (a week before--unbeknownst to me that she would go into a coma and pass within a week after that). Nadine joined us and sat next to Mom. Although Mom was in a demented state at the time she grabbed Nadine's hand and I heard her say "I don't know you but please take care of my daughter because I see that you are a true friend, a good person and will look out for and protect her."

Please take these examples as an insight into Nadine's character and her good deeds into consideration in determining a sentence. She has been battling breast cancer, had a nasty divorce from her first husband, endured an abusive relationship with her former boyfriend and lost many friendships. Please temper justice with mercy.

Thank you.

*Rosemarie J Sorce*

Rosemarie J. Sorce

# EXHIBIT C-17

Honorable Sidney H. Stein

Daniel Patrick Moynihan

United States Courthouse

500 Pearl Street

New York, NY 10007-1312

August 11, 2025

Dear Honorable Judge Sidney H. Stein,

I am Garbis Tabourian, Nadine's father.

I am 96 years old.

It is with unspeakable pain, your Honor, that I write this letter to you.

No parent should ever bury their child before them.

I can only keep praying that your Honor will not take Nadine away from me before my death. She does so much for me. She takes care of me. She sits quietly next to me for hours even when I fall asleep on my chair. She makes sure I drink my ensure and prepares soft food for me because I don't have many teeth left.

I always had the highest respect for my son-in-law Bob. I don't know exactly what or why he involved Nadine in this disgrace and brought shame to our family. Your Honor, regarding our family's jewelry and my handwritten list that is my list and my handwriting. I have given Nadine the original document for proof and for the return of her mother, her grandmother's and her jewelry. Nadine even went through, against my wishes, family albums and took out priceless pictures of Ida, her mom, and I. They have not been returned

yet. Nadine told me she needed the pictures as proof the jewelry is our family's. Honorable Judge Stein, my wife passed away on August 11, 2013 around 2:30 AM. Therefore, you see from the pictures the jewelry belonged to her. I kindly ask that you please have them returned.

As someone who went to school with Nuns and attends church religiously every Sunday at Holy Martyrs in Bayside New York, I can vouch for my daughter's character. Nadine has a pure heart. She never expects anything and rejoices in seeing smiles on her children's faces, to whom she has been a great mother and a father throughout their lives, as much as she enjoys doing the same for the orphans, the homeless, and the less fortunate. This is a family tradition we all believe in and have pursued since childhood.

My late wife Ida and I had sponsored 8 orphans in Lebanon from The Birds' Nest Orphanage from their infancy through college.

Nadine has been given gold coins from the day she was born, and Your Honor has my original document with the dates the first one being Nadine's birthday ███████ 1967). It is my documentation and my handwriting. My grandkids have received gold for their births as well. It is a tradition in our family and in our culture.

Fleeing Lebanon, on the American Sixth Fleet during the Civil War, that is what my wife carried out with her. It is a very big reason why it is important, sentimental and priceless to our family.

It was always my dream after graduating with an engineering degree from American University of Beirut to live and join my sister in the GREAT United States of America.

I have always told my family, the United States loves me back and throws a parade for me every year on my birthday, which is ██████ 1929, ████████████

I cannot imagine the country of my dreams would take my daughter away from me.

Honorable Judge Stein, I do not have a long life ahead of me. I beg you to allow Nadine to share my days until her appeal with me.  Otherwise, I will NEVER see my daughter again.

I pray you will grant a 96 year-old father his last wish.


With warm regards,

Garbis Tabourian (Nadine's father)

# EXHIBIT C-18

The Honorable Sidney H. Stein

United States District Judge

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007-1312


I am writing this letter with a heavy heart in support of my sister, Nadine, who is not only my only sibling but also someone whose life I have witnessed closely and intimately from childhood to this very moment.

We were both raised in a culture that emphasized discipline, respect, and strict family values. We grew up in Lebanon during a time of war and unimaginable instability. Though we are close in age, as the elder child, my sister absorbed the emotional and mental burden of those years far more deeply than I ever did. She lived through the trauma of our father's kidnapping and the constant fear that she or other loved ones could be taken as well. That fear and instability left a lasting imprint on her, shaping her into someone deeply vulnerable, insecure, and afraid.

Throughout her life, my sister has struggled with independence. She has always relied heavily on our parents - especially our mother—for guidance on even the most basic life choices: where to study, whom to marry, even what to order at a restaurant. Her love and emotional dependence on our mother were immense, and when our mother was no longer there to guide her, that void left her susceptible to influence and direction from others – particularly her former boyfriend (from whom she sustained near-to death physical and emotional abuse) and current husband. Tragically, that dependence has led her down a path that brings us to this painful juncture.

My sister is a person filled with regret and deep remorse. She is not someone who schemes or takes advantage of others. Quite the opposite - she has always given of herself selflessly,

even when she had little to offer. She is a loyal friend, a giving soul, and someone whose only wish has always been to be loved and accepted. I firmly believe her eagerness to help and to please others stems from the insecurities she has carried all her life.

Her heart has always been with those who suffer. Many years ago, she dedicated herself to organizing relief efforts after the devastating earthquake in Armenia. She collected food, clothing, blankets, and financial donations for orphanages, schools for the blind, and the Mother Teresa Foundation - institutions caring for children with physical and mental disabilities who were enduring freezing winters without electricity. She poured herself into that work with extraordinary empathy and compassion.

She also served as a board member at Hackensack Hospital in New Jersey, specifically supporting pediatric oncology patients. During holidays, she would bring gifts, dress in costume to lift their spirits, and spend time with children battling cancer - offering them a moment of happiness amidst unimaginable suffering. Nadine was leading a huge fundraising effort to build an emergency room and for autistic patients and a joint family center at the Hackensack University Medical Center, which all came to a startling hault amid this nightmare.

These acts of kindness and dedication must count for something. They reflect a woman with a generous spirit, not someone defined by a single chapter of mistakes. I have seen firsthand the toll that this situation has taken on her - the remorse, the shame, and the heartbreak. She has asked herself over and over how her life came to this, and I know in my heart that her actions are not a reflection of who she truly is.

As a mother of two young teenagers, my heart aches for Nadine's children, ███████ ███████ who have already endured more than their share of hardship. They grew up navigating the pain of their parents' divorce, and now, just as they are beginning new chapters - having recently married and planning families of their own - they face the

looming absence of their mother during some of life's most meaningful moments. I can only imagine the deep sorrow they will carry knowing their mother may not be there to share in their pregnancies, witness the births of her grandchildren, or celebrate the milestones that bring families together. The shadow cast over their lives has been long and unrelenting, and I wish more than anything that they could be spared from the continued pain and loss that still lies ahead.

My sister has taken on the role of primary caregiver for our 96-year-old father, dedicating her weekdays to ensuring his comfort, safety, and well-being while I work full-time. Her presence provides him not only with essential daily assistance but also with companionship and emotional support, which are especially important given his fragile health. With deep patience and compassion, she manages his meals, medications, and mobility needs, offering a steady, nurturing presence that allows him to remain at home in familiar surroundings. Her commitment and care are an invaluable part of his daily life and a tremendous support to our family.

Your Honor, I respectfully ask that you take into consideration not only the circumstances that shaped my sister's vulnerability, but also the lifetime of compassion and service she has offered to others. She is not a malicious person—she is a broken one. And I hope that compassion can coexist in your judgment of her, as it is at your sole discretion to not send her to prison.

Thank you for your time and consideration.

Katia Tabourian

6 August 2025

# EXHIBIT C-19

# SHARON TETHER

August 8, 2025

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Honorable Sidney H. Stein,

I met Nadine Tabourian in autumn of 1985 when we were both freshman residents of Brittany Hall at New York University. We became fast friends and joined with other students to form a tight group which became like family. Nadine was our mother hen. She never drank and made sure we all got home safely and encouraged us to stop studying and get sleep before big exams.

Over those early years, I learned a bit about her early life in Lebanon. She told me how her dad was a successful rug merchant in that war-torn country before being told at gun-point to vacate their house. They were refugees and stayed with relatives until her father moved them to the U.S.

Once, she tearfully recounted hiding in a refrigerator while playing hide-and-seek in Lebanon. She was terrified when she realized she could not get out and if there was another bombing nobody would know where she was. She told me this story to explain why she did not put our food back in the fridge when we were roommates because she had been deathly afraid of refrigerators ever since. I cannot imagine growing up with that kind of trauma. She sought professional help while she was pregnant with her first child, Sabine, to finally overcome that phobia so she could be the best mother possible. I was very proud of her for that.

Nadine was always submissive to men she thought loved her and had her best interests in mind. Through the Armenian community she began dating someone who her family considered a good match by the time I first met her. Instead of looking forward to a career like the rest of us, Nadine knew her life choices were already made for her. She was a dutiful daughter, and a month after graduation, she then became a dutiful wife.

Over the years, we both had two children and settled in New Jersey. As a result of our busy lives and the distance, we saw and spoke to each other less, as we did with all members of our NYU family. In the early 2000's, she reached out to me because she was concerned about her marriage. She told me her husband controlled the finances and his real estate company was at the whims of the market. She called one day and told me she could not buy groceries at the store with her children because there was no money in her account. They soon divorced. Unfortunately, after her divorce she dated some less than desirable men. I later learned, she confided in another friend that one of these men had hospitalized her from abuse.

Despite a difficult divorce, Nadine continued to be a dedicated mother, which included driving her children ▇▇▇▇▇▇▇ to school every day in New York City. She eventually saw them graduate from good universities and start their own careers. Despite her cancer diagnosis and legal issues over the last couple of years, she has been ultimately more concerned about how this has impacted others, particularly ▇▇▇ s wedding, ▇▇▇ s business and her aging father's well-being. She works hand-in-hand with her sister, Katia, as best she can to keep her 90-something father healthy and safe. Needless to say, this has put quite a strain on all of them as was evidenced by all the tears I saw this June at ▇▇▇ s wedding, which should have been a joyous occasion. We all knew because of Nadine's health and her father's age, this might be one of the last times they would all be together.

At Nadine's sentencing, I respectfully request you consider the following:

1. Being a Senator's wife was new to Nadine, and she was not of that world.

2. Nadine has been for the last 30-years first and foremost a mother. She is not a criminal mastermind.

3. I would like to thank the court for its consideration and compassion for Nadine's significant health concerns and family life events. Please let her also be part of her aging dad's, children's and future grandchildren's lives.

I have known Nadine for decades. She is a good person and it breaks my heart to see her in this position. This is her first offense. Given another chance, I know that she will learn from the experience and do better in the future so that she can spend her remaining years with those she loves and who love her.

Respectfully,

Sharon Tether

# EXHIBIT C-20

Whitney Vass

Bisous Beauty Bar

Englewood, New Jersey


August 6, 2025


The Honorable Sidney H. Stein

United States District Judge

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007-1312


Re: Letter of Support for Nadine Menendez


Dear Judge Stein,


My name is Whitney Vass, and I own Bisous Beauty Bar, a hair and makeup salon in Englewood, New Jersey. I've been in business for almost ten years, and one of the best parts of my job is meeting all kinds of people-some of whom end up becoming dear friends. Nadine Menendez is one of those people.

I first met Nadine in July of 2019, when she came in for an appointment. Right away, I noticed how different she felt from the typical fast-paced East Coast clients I often meet. She was warm, sweet, and open-she actually reminded me a lot of my hometown in Michigan. We ended up talking about our families, our cultures, and even our shared love of baklava. It didn't take long for it to feel like I'd known her for years.

Over time, I learned just how much Nadine cares for the people in her life. She often spoke with so much pride about her two children-her daughter's creative business ideas and her son's hard work ethic. She was also deeply involved in charities that meant a lot to her. And when she wasn't at an event or with her kids, she was making long trips to see her elderly father, even if it meant sitting in traffic for hours just to spend the day with him. That kind of dedication is rare.

One of my favorite memories with Nadine was the morning of her wedding to her husband, Bob. I was there doing her hair and makeup alongside her daughter ███, and the room was full of laughter, love, and a few

happy tears. Even now, she still thanks me for that morning. To me, it was just doing my job, but that's the thing about Nadine-her gratitude for people, for even the smallest gestures, is genuine and constant.

Your Honor, I know Nadine as a kind, loyal, and generous person who is devoted to her family and community. I truly believe she has so much more good to give. I respectfully ask that you show her compassion when considering her sentence.

Thank you for taking the time to read my letter.

Sincerely,

Whitney Vass

Owner, Bisous Beauty Bar

Englewood, NJ