# COHEN|WINTERS

## AESTHETIC & RECONSTRUCTIVE SURGERY

RE: Nadine Menendez

To Whom it may concern:

In regard to the ongoing care of Nadine Menendez I am writing to update you on her condition and the timing of her next required surgery.

[redacted]

*Stephanie M. Cohen, M.D., Richard Winters, M.D., F.A.C.S. and Janet Yueh, M.D.*
113 W. Essex Street, Suite 202, Maywood, NJ 07607   p 201-487-3400   f 201-487-2481   e anrsurgeon@aol.com
www.cohenwintersplasticsurgery.com

██████████████████████████

Thank you for your patience,

████████████

11/12/24

████████████