Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:
United States of America v.

Nadine Menendez

Docket No.: 23-CR-490

Sidney H. Stein
(District Court Judge)

*U.S. DISTRICT COURT FILED SEP 23 2025 S.D. OF N.Y.*

Notice is hereby given that **Nadine Menendez** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ▢ _____ (specify)
entered in this action on **September 11, 2025**.
(date)

This appeal concerns: Conviction only ▢  Sentence only ▢  Conviction & Sentence ✓  Other ▢

Defendant found guilty by plea ▢ | trial ✓ | N/A ▢

Offense occurred after November 1, 1987? Yes ✓  No ▢  N/A ▢

Date of sentence: **September 11, 2025**  N/A ▢

Bail/Jail Disposition: Committed ▢  Not committed ✓  N/A ▢

Appellant is represented by counsel? Yes ✓ | No ▢  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Sarah Rebecca Krissoff |
| Counsel's Address: | Cozen O'Connor |
| | 3 WTC - 175 Greenwich St. |
| Counsel's Phone: | New York, NY 10007 |
| Assistant U.S. Attorney: | Daniel Richenthal |
| AUSA's Address: | 26 Federal Plaza, 37th Floor |
| | New York, NY 10278 |
| AUSA's Phone: | (212) 637-2109 |

_Krissoff_
Signature

Generated: Sep 23, 2025 3:18PM                                                                                              Page 1/1

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Sep 23, 2025 3:18PM

NADINE MENENDEZ

Rcpt. No: 43374            Trans. Date: Sep 23, 2025 3:18PM                    Cashier ID: #JE (6744)

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                      | 1   | 605.00 | 605.00 |

| CD | Tender |       |            | Amt     |
|----|--------|-------|------------|---------|
| CH | Check  | #6657 | 09/23/2025 | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: 23CR00490-2 SHS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.