

February 10, 2026

**Sarah Krissoff**
Direct Phone   212-908-1388
Direct Fax       646-225-5128
skrissoff@cozen.com

**VIA ECF AND E-MAIL**

The Honorable Sidney H. Stein
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>*United States v. Nadine Menendez*</u>, **S4 23 Cr. 490 (SHS)**

Dear Judge Stein:

      As your honor is aware, we represent defendant Nadine Menendez in the above-captioned action. We write with the consent of the Government and the Office of Pre-trial Services to respectfully request a limited modification to Mrs. Menendez's conditions of release. Mrs. Menendez's original conditions of release, which remain in effect, restrict her travel to the Southern and Eastern Districts of New York, the District of New Jersey, the District of Columbia, and points in between, as well as the Southern District of Florida to visit family. *See* ECF No. 19. Mrs. Menendez's bail conditions also permit temporary additional travel upon consent of the Government and the approval of Pre-trial Services. *Id*.

      Mrs. Menendez now seeks the following modifications to her bail conditions, with the consent of Pre-trial Services and the Government. First, she seeks permission to travel to the District of Massachusetts, and the Eastern and Western Districts of Pennsylvania, for family-related purposes. Second, she is requesting permission to travel to the District of Maryland and the Eastern and Western Districts of Virginia, with notification to Pre-trial Services.

      This request reflects a compromise. We have been in contact with Stephen Boose, Mrs. Menenedez's Pre-trial Services Officer, who has no objection to expanding Mrs. Menendez's travel to all 48 contiguous states (which would be in line with Senator Menendez's travel limitations while out on bail). However, the Government did not consent and has instead consented to the more limited request set forth above.

The Honorable Sidney H. Stein
February 10, 2026
Page 2

      Mrs. Menendez remains in full compliance with all conditions of her release and will continue to do so.

                                                Respectfully submitted,

                                                Sarah Krissoff

cc:  All AUSAs of record (via e-mail and ECF)
      Stephen Boose, Pre-Trial Services (via e-mail)