

February 16, 2026

**Sarah Krissoff**
Direct Phone  212-908-1388
Direct Fax      646-225-5128
skrissoff@cozen.com

**VIA ECF**

The Honorable Sidney H. Stein
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Nadine Menendez*, 23 Cr. 490 (SHS)

Dear Judge Stein:

    With our apologies for further burdening the Court, we write to supplement our letter from last week. We respectfully request that Your Honor also permit Mrs. Menendez to travel to the Middle District of Pennsylvania to see family, with notification to Pre-Trial Services. We inadvertently omitted that district in our original letter. Both the Government and Pre-Trial Services have consented to this request.

    Thank you for your consideration of this matter.

Respectfully submitted,

*Krissoff*

Sarah Krissoff

cc:   All AUSAs of record (via ECF)

Stephen Boose, Pre-Trial Services (via e-mail)

**The request to travel to the Middle District of Pennsylvania is granted. Defendant shall provide her travel details to her pretrial services officer.**

Dated: New York, New York
February 17, 2026

SO ORDERED:

*Sidney H. Stein*
Sidney H. Stein, U.S.D.J.