**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S4 23-cr-490 (SHS) |
| -against- | |
| NADINE MENENDEZ et al., | **NOTICE OF MOTION FOR** |
| Defendants. | **BAIL PENDING APPEAL** |

     **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law dated April 14, 2026, and all prior proceedings held herein, defendant Nadine Menendez moves before the Honorable Sidney H. Stein, United States District Judge, at the United States Courthouse for the Southern District of New York, for an order permitting Mrs. Menendez's continued release, subject to all current conditions of release; staying the imposition of the restitution and forfeiture orders pending resolution of her appeal; and granting any such other and further relief as the Court may deem just and proper.

Dated: April 14, 2026

                                       Respectfully submitted,

                                       By: /s/ Sarah Krissoff
                                       Sarah R. Krissoff, Esq.
                                       Emma Scully, Esq.
                                       Andrew Vazquez, Esq.
                                       COZEN O'CONNOR
                                       3 WTC
                                       175 Greenwich St.
                                       New York, N.Y. 10007
                                       (212) 908-1388

                                       *Attorneys for Defendant Nadine Menendez*