**LITSON***

Edward J. Canter
615.985.8875
ted@litson.co

July 7, 2026

*Defendant is directed to file ECF Doc 946 and supporting materials on the public docket and as previously redacted.*

*So Ordered*

*Sidney H Stein*
*U.S.D.J.*

**VIA ECF**

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Nadine Menendez*, 1:23-cr-00490-SHS

Dear Judge Stein:

    We write in response to the Court's July 6, 2026 order directing the parties to meet and confer about proposed redactions. (Dkt. 949.)

    The parties have conferred as the Court directed. Having carefully considered the matter, Ms. Menendez respectfully advises the Court that, in light of the extensive media coverage already surrounding her health condition—including her breast-cancer diagnosis, her mastectomy, and the related complications—she does not object to the materials being filed on the open docket without additional redactions. Mrs. Menendez's personally identifiable information was previously redacted in accordance with Federal Rule of Criminal Procedure 49.1. The Government likewise proposes no further redactions and does not object to filing without them. If the Court prefers that any part of the materials be sealed or redacted, Mrs. Menendez will promptly comply with its direction.

    Mrs. Menendez therefore requests leave to file the letter and supporting materials on the public docket, with only Mrs. Menendez's personally identifiable information redacted, subject to any contrary preference the Court may express.

Litson PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
www.litson.co

Respectfully submitted,

*/s/ Edward J. Canter*
Edward J. Canter
LITSON PLLC
54 Music Square East, Suite 300
Nashville, Tennessee 37203

*Attorney for Nadine Menendez*

Cc:    All counsel of record (via ECF)

2