UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-490 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| NADINE MENENDEZ, | : | |
| Defendant. | : | |

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED there will be a telephone conference via MS Teams in this matter today at 2:15 p.m. The parties will receive a link to join the conference via email. Members of the public may dial in using the audio only feature. The audio only number is 1-855-244-8681, and the access code is 2309 533 3915. All of those accessing the conference – whether in listen-only mode or otherwise – are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

Dated: New York, New York
June 8, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.