UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        23-Cr-490 (SHS)

                Plaintiff,              :

      -v-                                  :        ORDER

NADINE MENENDEZ,                              :

                Defendant.             :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A teleconference having been held today, with counsel for all parties participating,

      IT IS HEREBY ORDERED that for the reasons set forth on the record, the Court denies defendant's request for an extension of her surrender date to the Bureau of Prisons. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on July 10, 2026.

Dated: New York, New York
       July 8, 2026

                                   SO ORDERED:

                                   _____
                                   Sidney H. Stein, U.S.D.J.