DEF

1

September 10, 2026

Nadine Menendez
Reg # 79613-510
Danbury FCI (Camp)
33 1/2 Pembroke Rd.
Danbury CT 06811

Certified Mail RRR

Hon Jusdge Stein
Southern District of NY
Daniel Patrick Moynihan US
500 Pearl Street Room 120
New York NY 10007

Re: Docket No: 01: (S4) 23-CR-00490
Request to extend time to file 2255 Motion

Honorable Judge Stein:

This is to request additional time to file 2255 motion in connection with my case. I have been sentenced on September 11, 2025 between then and my surrender date of 7/10/26 I had faced health issue and medical treatment was necessary. I underwent a surgery in connection with my breast cancer. My husband surrendered on June 17, 20025 after my 3rd surgery. I had one more surgery after. My husband took care of all legal issues in connection with our cases. As such I am just now begining to understand and Review

2 all legal issues and process. I am noticing some problems and errors that have become apparent to me. However, due to the circumstances I am having to depend on many limitations in connection to having access to necessary documentations.

I was just recently advised on 9/8/26 by my counsel that my collateral motions are due 1 year after my sentence and with 3 days left and no documents necessary to file those motions and very limitted resources available to inmate I will not be able to timely do so (See email exchange attached hereto).

I have been asking for relevant documents from my legal counsel but to date I have not received any document. I am hoping to be able to secure everything or some of it given the circumstances in the next 90 days. As such, I am timely asking for an extention of 90 days to file, if necessary, my 2255 motion. Please keep in mind that we can only receive documents via mail which takes time. I will need to review it to make a decision and if necessary compose the motion.

To date I have had 4 surgeries in connection with my breast cancer diagnosis, I am awaiting a decision for emergency furlouge

3 to continue with medical treatment and further surgeries. to relieve the pain caused by mysectomy.

Please advise at your earlies with regard to my request for a 90 day extention to file my 2255 motion.

Respectfully Submitted
September 10, 2026

Nadine Menendez

Nadine Menendez

---

FROM: Krissoff, Sarah
TO: 79613510
SUBJECT: Motion deadline
DATE: 09/08/2026 12:51:04 PM

Hi Nadine, as we discussed many times, any collateral motions to challenge your sentence are due one year after your sentencing, which took place on September 11, 2025. I just wanted to remind you of this deadline, in case you were planning on filing anything.. We are not doing so on your behalf.

Thanks,

Sarah

---

FROM: 79613510
TO: Krissoff, Sarah; MENENDEZ, ROBERT
SUBJECT: Re: 9/8/2026 12:51:04 pm
DATE: 09/08/2026 10:45:49 PM

Hello Sarah,

I appreciate your response. From my understanding, you were going to file 2255 after the appeal, however now that I am asking for certain documents, I am being advised that my time to file such motion is expiring on September 11, 2026.

I was never advised by you as to any Collateral motions, in fact I do not even know what such a motion entails.

I am very upset that your advise failed to notify me of any dates any motion was due before I surrendered. I need to have a clear understanding of what I can do at this time and any and all deadlines for any motions.

I hope to hear from you immediately. It is ridiculous that your advise comes (2) two days before the motion is due.

Thank you
Nadine

Nadine Menendez
Reg # 79613-510
Danbury FCI (Camp)
33 1/2 Pembroke Rd.
Danbury 06811

USM P3
SDNY

7001 0360 0000 1443 9121

CERTIFIED MAIL




Hon Judge Stein
Southern District of NY
Daniel Patrick Moynihan US
Court Building Room 120
500 Pearl Street
New York NY 10007

10007-131608