UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>NADINE MENENDEZ,<br>Defendant. | 23-cr-490 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of defendant Nadine Mendendez's letter requesting an extension of time to file a motion pursuant to 28 U.S.C. § 2255. (Dkt. No. 958.)

Generally, a defendant has one year from the date on which a judgment of conviction becomes "final" to file a motion pursuant to section 2255. *See* 28 U.S.C. § 2255(f). A judgment of conviction is not final during the pendency of a direct appeal. *See Clay v. United States*, 537 U.S. 522, 527 (2003) ("Finality attaches when [the U.S. Supreme Court] affirms a conviction on the merits on direct review or denies a petition for a writ of certiorari, or when the time for filing a certiorari petition expires.")

Defendant has appealed her conviction to the U.S. Court of Appeals for the Second Circuit, and that appeal remains pending today. (*See* Dkt. No. 909.) As such, her judgment of conviction is not yet "final," and the one-year period for filing a motion under section 2255 has not yet begun to run. For this reason, the Court denies defendant's request for an extension of time to file a motion pursuant to section 2255 as moot.

The Clerk of Court is respectfully directed to mail a copy of this Order to defendant as follows: Nadine Menendez [79613-510], FCI Danbury, Federal Correctional Institution, Route 37, Danbury, CT 06811.

Dated: New York, New York
September 15, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.